**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SAINT MICHAEL'S MEDICAL CENTER, INC., et al.,[1]<br><br>Debtors-in-Possession. | Chapter 11<br><br>Case No. 15-24999 (VFP)<br><br>(Joint Administration Pending) |

## AFFIDAVIT OF SERVICE

I, Justin J. Ra, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 10, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(b) and Granting Other Related Relief [Docket No. 2]

- Notice of Motion for an Order Extending the Debtors' Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs Pursuant to Fed. R. Bankr. P. 1007(a)(5) and 1007(c) [Docket No. 3]

- Application for Designation as Complex Chapter 11 Cases [Docket No. 4]

- Notice of Debtors' Motion for an Order: (A) Granting Interim Relief; (B) Authorizing the Payment of Adequate Assurance for Post-petition Utility Services; (C) Fixing Final Hearing Date to Determine Adequate Assurance; and (D) Granting Other Related Relief [Docket No. 5]

- Notice of Motion for an Order: (A) Authorizing the Debtors to Continue Using their Existing Cash Management System; (B) Authorizing the Debtors to Continue Using Their Existing Bank Accounts and Business Forms; (C) Waiving Compliance with Investment Guidelines Under 11 U.S.C. § 345(b); and (D) Authorizing Continued Use of Trinity Health Corporation Shared Services Arrangement [Docket No. 7]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: Saint Michael's Medical Center, Inc. (6046); Columbus Acquisition Corp. (6342); Saint James Care, Inc. (6230); and University Heights Property Company, Inc. (0162).

- Notice of Motion for an Order Approving the Debtors' Retention of Prime Clerk LLC as Claims and Noticing Agent [Docket No. 8]

- Notice of Motion for an Order: (I) Authorizing the Debtors to Pay Prepetition Wages, Salaries, and Related Taxes for Prepetition Periods; (II) Directing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; (III) Authorizing the Debtors to Honor Workers' Compensation and Certain Employee Benefit Obligations; (IV) Authorizing the Debtors to Pay Critical Prepetition Debts of Physicians and Physician Groups Performing Essential Patient Services; and (V) Granting Other Related Relief [Docket No. 10]

- Notice of Motion for an Administrative Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses to Professionals [Docket No. 11]

- Notice of Motion for an Order Authorizing the Retention and Compensation of Professionals Utilized by the Debtors in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [Docket No. 12]

- Notice of Debtors' Motion for: (A) Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Post-Petition Secured Financing, (II) Granting Liens and Superpriority Claims to the Dip Lender, (III) Authorizing Use of Cash Collateral, and (IV) Granting Adequate Protection to Prepetition Secured Parties; and (B) Scheduling a Final Hearing [Docket No 13]

- Declaration of David A. Ricci in Support of Debtors' First Day Pleadings [Docket No. 14]

- Order Regarding Application for Expedited Consideration of First Day Matters [Docket No. 19]

On August 10, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Utilities Service List attached hereto as **Exhibit B**:

- Notice of Debtors' Motion for an Order: (A) Granting Interim Relief; (B) Authorizing the Payment of Adequate Assurance for Post-petition Utility Services; (C) Fixing Final Hearing Date to Determine Adequate Assurance; and (D) Granting Other Related Relief [Docket No. 5]

- Declaration of David A. Ricci in Support of Debtors' First Day Pleadings [Docket No. 14]

- Order Regarding Application for Expedited Consideration of First Day Matters [Docket No. 19]

On August 10, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Email on the Banks Service List attached hereto as **Exhibit C**:

- Notice of Motion for an Order: (A) Authorizing the Debtors to Continue Using their Existing Cash Management System; (B) Authorizing the Debtors to Continue Using Their Existing Bank Accounts and Business Forms; (C) Waiving Compliance with Investment Guidelines Under 11 U.S.C. § 345(b); and (D) Authorizing Continued Use of Trinity Health Corporation Shared Services Arrangement [Docket No. 7]

- Notice of Motion for an Order: (I) Authorizing the Debtors to Pay Prepetition Wages, Salaries, and Related Taxes for Prepetition Periods; (II) Directing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; (III) Authorizing the Debtors to Honor Workers' Compensation and Certain Employee Benefit Obligations; (IV) Authorizing the Debtors to Pay Critical Prepetition Debts of Physicians and Physician Groups Performing Essential Patient Services; and (V) Granting Other Related Relief [Docket No. 10]

- Notice of Motion for an Administrative Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses to Professionals [Docket No. 11]

- Notice of Debtors' Motion for: (A) Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Post-Petition Secured Financing, (II) Granting Liens and Superpriority Claims to the Dip Lender, (III) Authorizing Use of Cash Collateral, and (IV) Granting Adequate Protection to Prepetition Secured Parties; and (B) Scheduling a Final Hearing [Docket No 13]

- Declaration of David A. Ricci in Support of Debtors' First Day Pleadings [Docket No. 14]

- Order Regarding Application for Expedited Consideration of First Day Matters [Docket No. 19]

On August 10, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Fax on the Fax Service List attached hereto as **Exhibit D**:

- Order Regarding Application for Expedited Consideration of First Day Matters [Docket No. 19]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system received the above referenced documents via electronic service. Additionally, a courtesy copy was served by Prime Clerk by electronic mail to the parties who requested CM/ECF notification.

Dated: August 11, 2015

_____
Justin J. Ra

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 11, 2015, by Justin J. Ra, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

SRF 3731

4

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Creditor | ABBOTT LABORATORIES INC | Attn: General Counsel<br>100 ABBOTT PARK ROAD<br>ABBOTT PARK IL 60064 | info@abbott.com | Email |
| Top 20 Creditor | ABIOMED | Attn: General Counsel<br>22 CHERRY HILL DRIVE<br>DANVERS MA 1923 | accountsreceivable@abiomed.com | Email |
| Top 20 Creditor | ACCOUNTABLE HEALTHCARE STAFFIN | Attn: General Counsel<br>999 YAMATO ROAD<br>SUITE 210<br>BOCA RATON FL 33431 | info@AHCStaff.com | Email |
| Top 20 Creditor | ADVANCED REIMBURSEMENT MGT LLC | TIM MATTHEWS<br>4524 SOUTHLAKE PARKWAY STE 15<br>HOOVER AL 35244 | tim.matthews@adreima.com | Email |
| UCC Lien Party | Axis Capital, Inc. | Attn: General Counsel<br>308 N Locust Street<br>Suite 100<br>Grand Island NE 68801 | | Overnight Mail |
| Ballard Spahr LLP | Ballard Spahr LLP | Barbara Casey<br>210 Lake Drive East<br>SUITE 200<br>Cherry Hill NJ 08002-1163 | caseyb@ballardspahr.com | Email |
| Buchanan Ingersoll & Rooney PC | Buchanan Ingersoll & Rooney PC | Dale S Webber<br>401 E Jackson Street<br>Suite 2500<br>Tampa FL 33602 | dale.webber@bipc.com | Email |
| Buchanan Ingersoll & Rooney Pc | Buchanan Ingersoll & Rooney Pc | William H Schorling<br>Two Liberty Place<br>50 S 16th Street, Suite 3200<br>Philadelphia PA 19102-2555 | william.schorling@bipc.com; nola.bencze@bipc.com; timothy.palmer@bipc.com | Email |
| Top 20 Creditor | Cardinal Health 110 Incorporated | Attn: General Counsel<br>7000 Cardinal Place<br>Dublin  OH 43017 | | Overnight Mail |
| UCC Lien Party | Cardinal Health 200 Inc | Attn: General Counsel<br>7000 Cardinal Place West<br>Dublin  OH 43017 | | Overnight Mail |
| Top 20 Creditor | CARDINAL HLTH INC | MEDICAL PRODUCTS & SERVICES<br>Attn: General Counsel<br>PO BOX 13862<br>NEWARK NJ 71880862 | CGRANT@CARDINALHEALTH.COM | Email |
| Top 20 Creditor | Center For Medicare & Medicaid Services | Attn: General Counsel<br>7500 Security Boulevard<br>Baltimore MD 21244 | RONYCFM@cms.hhs.gov | Email |
| Top 20 Creditor | CERNER HEALTH SERVICES | KRISTI PAYNE<br>PO BOX 959167<br>ST LOUIS MO 63195-9167 | kristi.payne@cerner.com | Email |
| Top 20 Creditor | CERNER HEALTH SERVICES | World Headquarters<br>2800 Rockcreek Parkway<br>North Kansas City MO 64117 | kristi.payne@cerner.com | Email |
| CIR SEIU, Committee of Interns & Residents | CIR SEIU, Committee of Interns & Residents | David Hammer-Hodges<br>520 8TH AVE<br>STE 1200<br>NEW YORK NY 10018 | dhamerhodges@cirorg.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Cole Schotz P.C. | Cole Schotz P.C. | Michael D. Sirota, Gerald H. Gline, Ryan T. Jareck<br>25 Main Street<br>Hackensack NJ 07601 | msirota@coleschotz.com<br>ggline@coleschotz.com<br>rjareck@coleschotz.com<br>FPisano@coleschotz.com | Email |
| Department of Health & Senior Services | Department of Health & Senior Services | Office of Legal & Regulatory Affairs<br>John Fitch Plaza<br>PO Box 360<br>Trenton NJ 08625-0360 | | Overnight Mail |
| Department of Health & Senior Services | Department of Health & Senior Services | Susan J Dougherty<br>25 Market Street<br>8th floor<br>Trenton  NJ 08625 | susan.dougherty@dol.lps.state.nj.us | Email |
| Department of Treasury | Department of Treasury | Internal Revenue Service<br>POST OFFICE BOX 979101<br>ST LOUIS MO 63197 | | Overnight Mail |
| Top 20 Creditor | District 1199J Benefit Fund | Susan Cleary<br>9-25 Alling Street<br>3rd floor<br>Newark  NJ 07102 | scleary@district1199j.org | Email |
| Top 20 Creditor | EAGLE ELECTRICAL CONTRACTING | Attn: General Counsel<br>19 INDIAN PATH<br>MILLSTONE NJ 08535 | stevea@eagleecs.com | Email |
| Debtors Restructuring Advisors | EisnerAmper Llp | Alan Wilen, Thomas Buck<br>111 Wood Ave South<br>Iselin NJ 08830 | thomas.buck@eisneramper.com<br>eugene.simon@eisneramper.com | Email |
| UCC Lien Party | General Electric Capital Corporation | Attn: General Counsel<br>901 Main Avenue<br>Norwalk CT 6851 | gecacontactus@ge.com | Email |
| UCC Lien Party | General Electric Capital Corporation | Attn: General Counsel<br>PO Box 35701<br>Billings  MT 59107-5701 | gecacontactus@ge.com | Email |
| UCC Lien Party | General Electric Capital Corporation | Attn: General Counsel<br>PO Box 414 W<br>W-490<br>Milwaukee WI 53201 | gecacontactus@ge.com | Email |
| Top 20 Creditor | Healthfirst | Terence L. Byrd<br>821 Alexander Road<br>Suite 140<br>Princeton NJ 08540 | customerservice@healthfirst.com | Email |
| Top 20 Creditor | HOSPIRA WORLDWIDE INC | Attn: General Counsel<br>75 REMITTANCE DR<br>STE 6136<br>CHICAGO IL  60675 | supportservices@hospira.com | Email |
| Top 20 Creditor | IMPLEMENTATION MANAGEMENT ASSI | DEVON KING<br>3 CHRISTY DRIVE<br>SUITE 100<br>CHADDS FORD PA 19317 | JDAY@IMA-CONSULTING.COM | Email |
| UCC Lien Party | Insight Investments, Llc | Attn: General Counsel<br>600 City Parkway West<br>Suite 500<br>Orange County CA 92868 | info@insightinvestments.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV<br>marie.cerchero@irs.gov<br>Sandra.i.feliu@irs.gov | Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | Overnight Mail |
| International Union of Operating Engineers, Local 68 | International Union of Operating Engineers, Local 68 | Charles McDonald<br>11 Fairfield Place<br>West Caldwell NJ 07006 | cmcdonald@iuoe-68.org | Email |
| Top 20 Creditor | JNESO, District Council 1,IUOE AFL-CIO | Doug Placa<br>1125 Livingston Avenue<br>North Brunswick NJ 08902 | dplaca@jneso.org | Email |
| JNESO, District Council 1,IUOE AFL-CIO | JNESO, District Council 1,IUOE AFL-CIO | Meredith Larson<br>1125 Livingston Avenue<br>North Brunswick NJ 08902 | mlarson@jneso.org | Email |
| Counsel to Barnabas Health | Lowenstein Sandler LLP | Attn: Kenneth A. Rosen, Esq., Paul Kizel, Esq. & Andrew Behlmann, Esq.<br>65 Livingston Avenue<br>Roseland NJ 07068 | krosen@lowenstein.com<br>pkizel@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| UCC Lien Party | Med One Capital Funding LLC | Attn: General Counsel<br>10712 SOUTH 1300 EAST<br>SANDY UT 84094 | mstevens@medonecapital.com | Email |
| UCC Lien Party | Med One Capital Funding NJ LP | Attn: General Counsel<br>10712 SOUTH 1300 EAST<br>SANDY UT 84094 | mstevens@medonecapital.com | Email |
| Med One Capital Ipa One | Med One Capital Ipa One | 10712 SOUTH 1300 EAST<br>SANDY UT 84094 | mstevens@medonecapital.com | Email |
| Top 20 Creditor | Med Realty, LLC | Attn: General Counsel<br>2185 Lemoine Avenue<br>Fort Lee  NJ 07024 | info@medrealty.com | Email |
| Top 20 Creditor | MEDLINE INDUSTRIES INC | BRIAN MAOUSSEAN<br>DEPT CH 14400<br>PALATINE IL 600554400 | service@medline.com | Email |
| Top 20 Creditor | MEDTRONIC USA INC | Attn: General Counsel<br>710 MEDTRONIC PARKWAY<br>MINNEAPOLIS MN 55432 | investor.relations@medtronic.com | Email |
| Counsel to District 1199J, National Union of Hospital & Health Care Employees, AFSCME and District 1199J NJ Benefit & Pension Funds | Mitchell J. Malzberg, LLC | Mitchell Malzberg, Esq.<br>P.O. Box 5122<br>6 E. Main Street, Suite 7<br>Clinton  NJ 08809 | mmalzberg@mjmalzberglaw.com | Email |
| Top 20 Creditor | National Information Solutions | Attn: General Counsel<br>3201 Nygren Dr NW<br>Mandan ND 58554 | remit@capturis.com<br>scott.luecal@nisc.coop<br>julie.yantzer@nisc.coop | Email |
| Top 20 Creditor | National Information Solutions | Jesse<br>PO Box 1147<br>Mandan ND 58554 | remit@capturis.com<br>scott.luecal@nisc.coop<br>julie.yantzer@nisc.coop | Email |
| Attorney General of New Jersey | New Jersey Attorney General | Division of Law<br>Richard J Hughes Justice Complex<br>25 Market Street, PO Box 112<br>Trenton NJ 08625-0112 | | Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| New Jersey Attorney General | New Jersey Attorney General | Jacqueline Augustine<br>Division of Health & Human Services, Hughes Justice Complex<br>PO Box 112 8th Floor<br>Trenton  NJ 08625 | jacqueline.augustine@dol.lps.state.nj.us | Overnight Mail and Email |
| New Jersey Attorney General | New Jersey Attorney General | Marlene Brown<br>Bankruptcy Section, Hughes Justice Complex<br>PO Box 106 6th floor West<br>Trenton  NJ 08625 | | Overnight Mail |
| New Jersey Department of Human Services | New Jersey Department of Human Services | Office of Legal & Regulatory Affairs<br>222 South Warren Street<br>PO Box 700<br>Trenton NJ 08625-0700 | DHS-CO.OLRA@dhs.state.nj.us | Email |
| New Jersey Department of Labor | New Jersey Department of Labor | Benefit Payment Control<br>PO Box 951<br>Trenton NJ 08625-0951 | Constituent.Relations@dol.state.nj.us | Email |
| New Jersey Department of Labor | New Jersey Department of Labor | Division of Employer Accounts<br>PO Box 379<br>Trenton NJ 08625-0379 | Constituent.Relations@dol.state.nj.us | Email |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Bankruptcy Division<br>50 Barrack Street, 9th Floor<br>PO Box 245<br>Trenton NJ 08695-0245 | Taxation.Judgments@treas.state.nj.us | Email |
| New Jersey Health Care Facilities Financing Authority | New Jersey Health Care Facilities Financing Authority | Mark Hopkins<br>Station Plaza Building 4<br>22 S Clinton Ave<br>Trenton  NJ 08609-1212 | mhopkins@NJHCFFA.com | Email |
| NJ Department o Environmental Protection | NJ Department o Environmental Protection | Office of Record Access<br>ATTN: Bankruptcy Coordinator<br>Mail Code:401-06Q, PO Box 402<br>Trenton NJ 08625-0402 | Records.Custodian@dep.nj.gov | Email |
| NJ Division Of Taxation | NJ Division Of Taxation | Compliance and Enforcement Bankruptcy Unit<br>50 Barrack Street, 9th Floor<br>PO Box 245<br>Trenton NJ 08695-0267 | | Overnight Mail |
| Novitas Solutions, Inc | Novitas Solutions, Inc | Krystyna Gallegos<br>11311 Mccormick Road<br>Hunt Valley MD 21031 | KRYSTYNA.GALLEGOS@NOVITAS-SOLUTIONS.COM | Email |
| United States Trustee District of New Jersey | Office Of The United States Trustee For The District Of New Jersey | Attn: Mitchell B Hausman<br>One Newark Center<br>1085 Raymond Blvd, Suite 2100<br>Newark NJ 07102 | Mitchell.B.Hausman@usdoj.gov | Email |
| UCC Lien Party | OLYMPUS AMERICA INC | Attn: General Counsel<br>3500 Corporate Parkway<br>Center Valley PA 18034 | deborah.daddona@olympus.com | Email |
| UCC Lien Party | Pantheon Capital Llc | Judy Hartley<br>Crossroads Corporate Center<br>ONE INTERNATIONAL BLVD, Sutie 624<br>MAHWAH NJ 7495 | | Overnight Mail |
| Pension Benefits Guarantee Corporation | Pension Benefits Guarantee Corporation | Michael Baird<br>1200 K Street, NW<br>Washington DC  20005-4026 | baird.michael@pbgc.gov | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Resource Data Management, Inc. | Porzio, Bromberg & Newman, P.C. | Attn Warren J. Martin Jr., Esq. 100 Southgate Parkway Morristown, New Jersey 07962 | wjmartin@pbnlaw.com | Email |
| Prime Health Services, Inc. | Prime Health Services, Inc. | Radha A. Savitala 3300 E Guasti Rd Ontario CA 91761 | rsavitala@primehealthcare.com | Email |
| UCC Lien Party | Republic Bank | Attn: General Counsel 1560 So Renaissance Towne Drive Suite 260 Bountiful UT 84010 | blindquist@repbkut.com repbk2934@aol.com | Email |
| Counsel to JNESO, District Council 1 IUOE-AFL-CIO | Riker Danzig Scherer Hyland & Perretti LLP | Attn: Joseph L. Schwartz, Esq. & Kevin J. Larner, Esq. Headquarters Plaza One Speedwell Avenue Morristown NJ 07962-1981 | jschwartz@riker.com klarner@riker.com | Email |
| Top 20 Creditor | ST JOSEPH'S HOSPITAL | Attn: General Counsel 400 HOSPITAL PLZ ATTN HASNA RAVI PATERSON NJ 07503-3079 | mulholle@sjhmc.org | Email |
| Top 20 Creditor | ST JUDE MEDICAL S C INC | GRETCHEN ZEGGER ONE LILLEHEI PLAZA ST PAUL MN 55117 | customerservice@sjm.com | Email |
| TD Bank | TD Bank | Nora Bassell 2 West Main Street Waterbury CT 06702 | | Overnight Mail |
| UCC Lien Party | The Bank Of New York Mellon, As Master Trustee | Barbara Kaczmar Corporate Trust Administration 385 Rifle Camp Road West Paterson NJ 07424 | barbara.kaczmar@bnymellon.com | Email |
| Treasurer State Of New Jersey | Treasurer State Of New Jersey | NJDEP DIVISION OF REVENUE PO BOX 638 TRENTON NJ 86460-638 | | Overnight Mail |
| Top 20 Creditor | TRIMEDX LLC | ADRIANNE WOLTING FINANCE 6325 DIGITAL WAY SUITE 400 INDIANAPOLIS IN 46278 | ap@trimedx.com | Email |
| Trinity Health Corporation | Trinity Health Corporation | Michael C. Hemsley Deputy General Counsel 3805 West Chester Pike, Suite 100 Newton Square PA 19073 | Mhemsley@trinity-health.org | Email |
| U.S. Department Of Health And Human Services | U.S. Department Of Health And Human Services | Joel Lerner Jacob K Javits Federal Building 26 Federal Plaza, Suite 3835 New York NY 10278 | Joel.Lerner@hhs.gov | Email |
| United States Attorney General | United States Attorney General | Anthony J LaBruna Peter Rodino Federal Building 970 Broad Street, Suite 700 Newark NJ 07102 | | Overnight Mail |
| US Attorney General | US Attorney General | Attn Bankruptcy Dept US Department of Justice 950 Pennsylvania NW Washington DC 20530-0001 | askdoj@usdoj.gov | Email |

**Exhibit B**

Exhibit B
Utilities Service List
Served as set forth below

| Notice Name | Address 1 | Address 2 | | | City | State | Zip | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| 7 Oil Company, Inc | BRIAN | 1708 UNION LANDING ROAD | | | CINNAMINSON | NJ | 08077 | | Overnight Mail |
| Airgas East Inc | CUSTOMER SERVICE | 2 Beckwith Avenue | | | Patterson | NJ | 07501 | northeast.csrequest@airgas.com | Email |
| American Messaging | | 1720 LAKEPOINT DRIVE STE 100 | | | LEWISVILLE | TX | 75057 | webcontactus@americanmessaging.net | Email |
| Arnall Gordon Gregory LLP | Counsel for Verizon Communications Inc | Attn:Darryl S Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | darryl.laddin@agg.com | Email |
| At&T Corp | | 835 GRANT ST 5th FLOOR | | | PITTSBURGH | PA | 15219 | | Overnight Mail |
| At&T Corp | c/o Bankruptcy | 1801 Valley View Lane | | | Farmers Branch | TX | 75234 | | Overnight Mail |
| Cablevision | | PO BOX 371378 | | | PITTSBURGH | PA | 15250-1378 | david.ellen@cablevision.com | Email |
| Cablevision | Attn: General Counsel | 1111 Stewart Ave | | | Bethpage | NY | 11714 | david.ellen@cablevision.com | Email |
| Cablevision Lightpath Inc | Ed Morsch | PO BOX 360111 | | | PITTSBURGH | PA | 15251-6111 | emorsch@GoLightpath.com | Email |
| Cablevision Lightpath Inc | Attn: General Counsel | 200 Jericho Quadrangle | | | Jericho | NY | 11753 | emorsch@GoLightpath.com | Email |
| Cap Solar New Jersey 1 Llc | | 241 MOORE STREET | | | HACKENSACK | NJ | 07601 | | Overnight Mail |
| Caremedic Systems Llc | SARA GRIFFITH | 9900 BREN ROAD E | MN008-T390 | | MINNETONKA | MN | 55343 | optumbilling@optum.com | Email |
| City Of Newark | | PO BOX 1194 | | | NEWARK | DE | 19715-1194 | waterandsewer@ci.newark.nj.us | Email |
| City Of Newark | | 920 Broad Street | | | NEWARK | NJ | 07102 | waterandsewer@ci.newark.nj.us | Email |
| DirecTV | | PO BOX 100455 | | | PASADENA | CA | 91189-0455 | | Overnight Mail |
| DirecTV | | 2230 E. Imperial Hwy | | | El Segundo | CA | 90245 | | Overnight Mail |
| Hilltop Fuel | | 12 SPIELMAN RD | | | FAIRFIELD | NJ | 07004-3404 | hilltopfuel@aol.com | Email |
| Hp Communications Inc | | 7607 KILMICHAEL LANE | | | DALLAS | TX | 75248 | sales@globalcomsatphone.com | Email |
| Ild Telecommunications Inc | | 5000 SAWGRASS VILLAGE CIR | | | PONTE VEDRA BEACH | FL | 32082-5042 | askild@ildmail.com | Email |
| Intercall | | 8420 West Bryn Mawr | Suite 1100 | | Chicago | IL | 60631 | seflynn@intercall.com | Email |
| National Fuel Oil Inc | | 175 ORANGE ST | | | NEWARK | NJ | 07103-4009 | sales@nationalfueloil.com | Email |
| National Information Solutions | JESSE | PO BOX 1147 | | | MANDAN | ND | 58554 | susan.imm@nisc.coop | Email |
| National Information Solutions | | 3201 Nygren Drive | | | MANDAN | ND | 58554 | susan.imm@nisc.coop | Email |
| NRG Buisness Solutions | | PO BOX 1532 | | | Houston | TX | 77251-1532 | nrgbusiness@nrgenergy.com | Email |
| NRG Buisness Solutions | | 211 Carnegie Center | | | Princeton | NJ | 08540-6213 | nrgbusiness@nrgenergy.com | Email |
| Optum 360 Llc | MARC CHAMBERS | 9900 BREN ROAD EAST | MN008-T390 | | MINNETONKA | MN | 55343 | MARC.CHAMBERS@OPTUM.COM | Email |
| Paetec Communications Inc | Rebecca Incorvaia | 600 WILLOWBROOK OFFICE PARK | | | FAIRPORT | NY | 14450 | Rebecca.Incorvaia@windstream.com | Email |
| PSE&G Co | | PO BOX 14101 | | | NEW BRUNSWICK | NJ | 8906-4101 | jodi.moskowitz@pseg.com | Email |
| PSE&G Co | | 80 Park Plaza | | | Newark | NJ | 07101 | jodi.moskowitz@pseg.com | Email |
| Public Sewer Service | | 190 Main Avenue | | | Wallington | NJ | 07057 | | Overnight Mail |
| Reliant Energy Northeast Llc | | 211 CARNEGIE CENTER | | | PRINCETON | NJ | 08540 | | Overnight Mail |
| Sprague Operating Resources Ll | | 185 INTERNATIONAL DRIVE | | | PORTSMOUTH | NH | 03801 | customercare@spragueenergy.com | Email |
| Verizon | | One Verizon Way | | | Basking Ridge | NJ | 07920 | | Overnight Mail |
| Verizon Communications | | PO Box 33078 | | | St Petersburg | FL | 33733 | | Overnight Mail |
| Verizon Legal Compliance | Custodian of Record | 2701 S Johnson Street | MC-TXD01613 | | San Angelo | TX | 076904 | | Overnight Mail |
| Verizon Wireless Bankruptcy Administration | | 500 Technology Drive | Suite 550 | | Weldon Springs | MO | 63304 | | Overnight Mail |
| Verizon Wireless Services Llc | Jenna Del Vecchio | 180 WASHINGTON VALLEY RD | | | BEDMINSTER | NJ | 07921 | Jenna.DelVecchio@verizonwireless.com | Email |

In re Saint Michael's Medical Center, Inc., et al.
Case No. 15-24999 (VFP)

Page 1 of 1

**<u>Exhibit C</u>**

## Exhibit C

Banks Service List
Served via Email

| Notice Name | Name | Email |
|---|---|---|
| Bank of America Merrill Lynch | Julia M. Rabkin | julia.m.rabkin@baml.com |
| Investors Bank | Betty Spiropoulos | bspiropoulos@myinvestorsbank.com |
| PNC Bank | Teresa Forte | teresa.forte@pnc.com |
| PNC Bank | PNC Healthcare | joyce.demarco@pnc.com |
| Santander | Chuck A DiGuilio | cdiguili2@Santander.us |
| Wells Fargo Bank | Healthcare Financial Services | georgetta.d.sears@wellsfargo.com |

## **Exhibit D**

Exhibit D

Fax Service List

Served via Fax

| Notice Name | Fax |
|---|---|
| 7 Oil Company, Inc | 856-829-2785 |
| At&T Corp | 866-653-4525 |
| Axis Capital, Inc. | 308-398-4141 |
| Cap Solar New Jersey 1 Llc | 201-342-9339 |
| Cardinal Health 110 Incorporated | 614-757-6000 |
| Cardinal Health 200 Inc | 614-757.2243 |
| Department of Health & Senior Services | 609-292-5333 |
| Department of Treasury | 202-622-6415 |
| DirecTV | 310-535-5225 |
| Internal Revenue Service | 267-941-1015 |
| New Jersey Attorney General | 609-777-3515 |
| New Jersey Attorney General | 609-292-7822 |
| Pantheon Capital Llc | 201-529-6845 |
| Public Sewer Service | 973-472-0846 |
| Reliant Energy Northeast Llc | 609-524-4501 |
| TD Bank | 203-759-5067 |
| United States Attorney General | 973-645-2702 |
| Verizon | 212-517-1897 |
| Verizon Communications | 212-517-1897 |
| Verizon Legal Compliance | 325-949-6916 |
| Verizon Wireless Bankruptcy Administration | 212-517-1897 |