| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**COLE SCHOTZ P.C.**<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota, Esq.<br>Gerald H. Gline, Esq.<br>Ryan T. Jareck, Esq.<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>*Proposed Attorneys for Saint Michael's*<br>*Medical Center, Inc., et al., Debtors-in-Possession* | Order Filed on August 11, 2015<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey: **August 11, 2015**<br><br><br>Case No. 15-24999 (VFP) |
| In re:<br><br>SAINT MICHAEL'S MEDICAL CENTER,<br>INC., *et al*.[1]<br><br>Debtors-in-Possession. | Judge: Vincent F. Papalia<br><br>Chapter 11<br>(Joint Administration Pending)<br><br>**Hearing Date and Time:**<br>August 20  , 2015, at 2 :30 p.m. |

**ORDER GRANTING MOTION TO SHORTEN NOTICE AND OBJECTION PERIOD IN CONNECTION WITH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 363 AND 365 AND FED. R. BANKR. P. 2002, 6004 AND 6006: (1) APPROVING "STALKING HORSE" ASSET PURCHASE AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL THE DEBTORS' ASSETS; (2) APPROVING BIDDING PROCEDURES AND FORM, MANNER AND SUFFICIENCY OF NOTICE; (3) SCHEDULING (A) AN AUCTION SALE AND (B) A HEARING TO CONSIDER APPROVING THE HIGHEST AND BEST OFFER; (4) AUTHORIZING THE DEBTORS TO SELL SUBSTANTIALLY ALL THEIR ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (5) AUTHORIZING THE DEBTORS TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND <u>(6) GRANTING OTHER RELATED RELIEF</u>**

The relief set forth on the following pages, numbered two (2) through six (6), is hereby **ORDERED**.

Dated August 11, 2015

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: Saint Michael's Medical Center, Inc. (6046); Columbus Acquisition Corp. (6342); Saint James Care, Inc. (6230); and University Heights Property Company, Inc. (0162).

54020/0001-12091572v1
August 10, 2015

(Page 2)
Debtors:            SAINT MICHAEL'S MEDICAL CENTER, INC., *et al.*
Case No.            15-24999 (VFP)
Caption of Order:   ORDER GRANTING MOTION TO SHORTEN NOTICE AND
OBJECTION PERIOD IN CONNECTION WITH MOTION FOR AN
ORDER PURSUANT TO 11 U.S.C. §§ 363 AND 365 AND FED. R.
BANKR. P. 2002, 6004 AND 6006: (1) APPROVING "STALKING
HORSE" ASSET PURCHASE AGREEMENT FOR THE SALE OF
SUBSTANTIALLY ALL THE DEBTORS' ASSETS; (2) APPROVING
BIDDING PROCEDURES AND FORM, MANNER AND
SUFFICIENCY OF NOTICE; (3) SCHEDULING AN AUCTION SALE
AND A HEARING TO CONSIDER APPROVING THE HIGHEST AND
BEST OFFER; (4) AUTHORIZING THE DEBTORs TO SELL
SUBSTANTIALLY ALL THEIR ASSETS FREE AND CLEAR OF
LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (5)
AUTHORIZING THE DEBTORs TO ASSUME AND ASSIGN
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES;
AND (6) GRANTING OTHER RELATED RELIEF

---

THIS MATTER having been opened to the Court by Saint Michael's Medical Center, Inc., *et al.,* the within Chapter 11 debtors and debtors-in-possession (the "**Debtors**"), by and through their proposed counsel, Cole Schotz P.C., upon motion (the "**Motion to Shorten**") for entry of an Order pursuant to Rules 9006(c)(1), 9007 and 2002(m) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 9013(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"), shortening the notice period applicable to the motion (the "**Motion**")[2] for an Order pursuant to 11 U.S.C. §§ 363 and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006: (1) Approving a "Stalking Horse" Asset Purchase Agreement for the Sale of Substantially All the Debtors' Assets; (2) Approving Bidding Procedures and Form, Manner and Sufficiency of Notice Thereof; (3) Scheduling (a) an Auction Sale and (b) a Hearing to Consider

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page 3)

| | |
|---|---|
| Debtors: | SAINT MICHAEL'S MEDICAL CENTER, INC., *et al.* |
| Case No. | 15-24999 (VFP) |
| Caption of Order: | ORDER GRANTING MOTION TO SHORTEN NOTICE AND OBJECTION PERIOD IN CONNECTION WITH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 363 AND 365 AND FED. R. BANKR. P. 2002, 6004 AND 6006: (1) APPROVING "STALKING HORSE" ASSET PURCHASE AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL THE DEBTORS' ASSETS; (2) APPROVING BIDDING PROCEDURES AND FORM, MANNER AND SUFFICIENCY OF NOTICE; (3) SCHEDULING AN AUCTION SALE AND A HEARING TO CONSIDER APPROVING THE HIGHEST AND BEST OFFER; (4) AUTHORIZING THE DEBTORs TO SELL SUBSTANTIALLY ALL THEIR ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (5) AUTHORIZING THE DEBTORs TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (6) GRANTING OTHER RELATED RELIEF |

Approving the Highest and Best Offer; (4) Authorizing the Debtors to Sell Substantially All of Their Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (5) Authorizing the Debtors to Assume and Assign Related Executory Contracts and Unexpired Leases; and (6) Granting Other Related Relief; the Court having determined that the relief requested in the Motion to Shorten is appropriate; and it appearing that notice of the Motion to Shorten was sufficient under the circumstances; and upon the record herein; and after due diligence thereon; and good and sufficient cause appearing therefor,

**IT IS ORDERED** as follows:

1. The Motion to Shorten is GRANTED. The time period required by Local Rule 9013-1(c) for notice of a hearing on the Motion be and hereby is reduced as set forth herein.

2. The Motion is hereby scheduled to be heard on __August 20__, 2015 at _2_:30 p.m. (ET) before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, at the

(Page 4)

| | |
|---|---|
| Debtors: | SAINT MICHAEL'S MEDICAL CENTER, INC., *et al.* |
| Case No. | 15-24999 (VFP) |
| Caption of Order: | ORDER GRANTING MOTION TO SHORTEN NOTICE AND OBJECTION PERIOD IN CONNECTION WITH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 363 AND 365 AND FED. R. BANKR. P. 2002, 6004 AND 6006: (1) APPROVING "STALKING HORSE" ASSET PURCHASE AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL THE DEBTORS' ASSETS; (2) APPROVING BIDDING PROCEDURES AND FORM, MANNER AND SUFFICIENCY OF NOTICE; (3) SCHEDULING AN AUCTION SALE AND A HEARING TO CONSIDER APPROVING THE HIGHEST AND BEST OFFER; (4) AUTHORIZING THE DEBTORs TO SELL SUBSTANTIALLY ALL THEIR ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (5) AUTHORIZING THE DEBTORs TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (6) GRANTING OTHER RELATED RELIEF |

United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey 07102.

       3.      On the date hereof, true copies of this Order, the supporting Application and all pleadings submitted in support of the Motion shall be served via electronic transmission, telecopy, hand delivery or overnight mail to: (i) the Office of the United States Trustee (Attn: Mitchell B. Hausman Esq.), One Newark Center, Suite 2100, Newark, NJ 07102; (ii) the New Jersey Health Care Facilities Financing Authority (Attn: Mr. Mark Hopkins, Executive Director), Station Plaza Building #4, 22 S. Clinton Ave., Trenton, NJ 08609-1212; (iii) counsel to the Bank of New York Mellon, as indenture trustee, McManimon & Scotland, L.L.C., One Riverfront Plaza – 4th Floor, Newark, NJ 07102-5408; (iv) the Internal Revenue Service, Insolvency Section; (v) the Internal Revenue Service, Department of Treasury; (vi) the New Jersey Department of Treasury; (vii) the New Jersey Department of Health (Attn: Mr. William Conroy, Deputy Commissioner), 369 S. Warren St., Trenton, NJ 08608; (viii) the Office of the Attorney

(Page 5)
Debtors: SAINT MICHAEL'S MEDICAL CENTER, INC., *et al.*
Case No. 15-24999 (VFP)
Caption of Order: ORDER GRANTING MOTION TO SHORTEN NOTICE AND OBJECTION PERIOD IN CONNECTION WITH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 363 AND 365 AND FED. R. BANKR. P. 2002, 6004 AND 6006: (1) APPROVING "STALKING HORSE" ASSET PURCHASE AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL THE DEBTORS' ASSETS; (2) APPROVING BIDDING PROCEDURES AND FORM, MANNER AND SUFFICIENCY OF NOTICE; (3) SCHEDULING AN AUCTION SALE AND A HEARING TO CONSIDER APPROVING THE HIGHEST AND BEST OFFER; (4) AUTHORIZING THE DEBTORs TO SELL SUBSTANTIALLY ALL THEIR ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (5) AUTHORIZING THE DEBTORs TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (6) GRANTING OTHER RELATED RELIEF

---

General of the State of New Jersey; (ix) the Office of the United States Attorney (Attn: Anthony J. LaBruna, Assistant U.S. Attorney), 970 Broad Street, Suite 700, Newark, NJ 07102; (x) counsel to Trinity Health Corporation, Buchanan Ingersoll & Rooney PC (Attn: William H. Schorling, Esq.), Two Liberty Place, 50 S. 16th Street, Suite 3200, Philadelphia, PA 19102-2555; (xi) the Debtors' twenty (20) largest unsecured creditors; (xii) counsel to Prime; (xiii) all entities requesting notice pursuant to Fed. R. Bankr. P. 2002; (xiv) all parties who have expressed an interest in the Assets; and (xv) all parties on the Core and Master Service Lists. Such notice shall be deemed good and sufficient notice under the applicable Federal and Local Rules of Bankruptcy Procedure.

    4.  Any objections to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing,

(Page 6)

| | |
|---|---|
| Debtors: | SAINT MICHAEL'S MEDICAL CENTER, INC., *et al.* |
| Case No. | 15-24999 (VFP) |
| Caption of Order: | ORDER GRANTING MOTION TO SHORTEN NOTICE AND OBJECTION PERIOD IN CONNECTION WITH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 363 AND 365 AND FED. R. BANKR. P. 2002, 6004 AND 6006: (1) APPROVING "STALKING HORSE" ASSET PURCHASE AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL THE DEBTORS' ASSETS; (2) APPROVING BIDDING PROCEDURES AND FORM, MANNER AND SUFFICIENCY OF NOTICE; (3) SCHEDULING AN AUCTION SALE AND A HEARING TO CONSIDER APPROVING THE HIGHEST AND BEST OFFER; (4) AUTHORIZING THE DEBTORs TO SELL SUBSTANTIALLY ALL THEIR ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (5) AUTHORIZING THE DEBTORs TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (6) GRANTING OTHER RELATED RELIEF |

Signing, and Verification of Documents dated March 27, 2002 (the "**General Order**") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "**Supplemental Commentary**") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than ___August 18___**, 2015, at** 5 **:**00 p**.m. (ET).**

5.      Unless objections are timely filed, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief requested may be granted without a hearing.

6.      The Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.