Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−24999−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Saint Michael's Medical Center, Inc.
   111 Central Avenue
   Newark, NJ 07102

Social Security No.:

Employer's Tax I.D. No.:
   26−2616046

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/11/15 at 02:30 PM

to consider and act upon the following:

*2* − Motion for Joint Administration for the following cases: 15−24999, 15−25000, 15−25001 and 15−25003 Filed by Michael D. Sirota on behalf of Saint Michael's Medical Center, Inc.. (Attachments: # 1 Application # 2 Proposed Order) (Sirota, Michael)

*3* − Motion to Extend Time to File Missing Schedules (related document:1 Voluntary Petition (Chapter 11) filed by Debtor Saint Michael's Medical Center, Inc.) Filed by Michael D. Sirota on behalf of Saint Michael's Medical Center, Inc.. (Attachments: # 1 Application # 2 Proposed Order) (Sirota, Michael)

*4* − Application for Designation as a Complex Chapter 11 Case Filed by Michael D. Sirota on behalf of Saint Michael's Medical Center, Inc.. (Attachments: # 1 Proposed Order) (Sirota, Michael)

*5* − Motion re: for an Order: (A) Granting Interim Relief Pursuant to 11 U.S.C. Section 366(b); (B) Authorizing the Payment of Adequate Assurance for Post−Petition Utility Services; (C) Fixing Final Hearing Date to Determine Adequate Assurance; and (D) Granting Other Related Relief, Filed by Michael D. Sirota on behalf of Saint Michael's Medical Center, Inc.. (Attachments: # 1 Application, with Exhibit A # 2 Proposed Order) (Sirota, Michael)

*7* − Motion re: for an Order: (A) Authorizing the Debtors to Continue Using Their Existing Cash Management System; (B) Authorizing the Debtors to Continue Using Their Existing Bank Accounts and Business Forms; (C) Waiving Compliance with Investment Guidelines Under 11 U.S.C. Section 345(b); and (D) Authorizing Continued Use of Trinity Health Corporation Shared Services Arrangement Filed by Michael D. Sirota on behalf of Saint Michael's Medical Center, Inc.. (Attachments: # 1 Application # 2 Proposed Order) (Sirota, Michael)

*8* − Motion for an Order Authorizing Debtor to Retain a Claims and Noticing Agent Filed by Michael D. Sirota on behalf of Saint Michael's Medical Center, Inc.. (Attachments: # 1 Application # 2 Exhibit A − Frishberg Affidavit # 3 Exhibit B − Services Agreement # 4 Proposed Order) (Sirota, Michael)

*10* − Motion re: for an Order: (I) Authorizing the Debtors to Pay Prepetition Wages, Salaries, and Related Taxes for Prepetition Periods; (II) Directing all Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; (III) Authorizing the Debtors to Honor Workers' Compensation and Certain Employee Benefit Obligations; (IV) Authorizing the Debtors to Pay Critical Prepetition Debts of Physicians and Physician Groups

Performing Essential Patient Services; and (V) Granting Other Related Relief, Filed by Michael D. Sirota on behalf of Saint Michael's Medical Center, Inc.. (Attachments: # 1 Application # 2 Proposed Order) (Sirota, Michael)

*11* – Motion re: for an Administrative Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses to Professionals Filed by Michael D. Sirota on behalf of Saint Michael's Medical Center, Inc.. (Attachments: # 1 Application # 2 Proposed Order) (Sirota, Michael)

*12* – Motion re: for an Order Authorizing the Retention and Compensation of Professionals Utilized by the Debtors in the Ordinary Course of Business Nunc Pro Nunc to the Petition Date, Filed by Michael D. Sirota on behalf of Saint Michael's Medical Center, Inc.. (Attachments: # 1 Application, with Exhibits A and B # 2 Proposed Order) (Sirota, Michael)

*13* – Motion re: for (A) Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Post–Petition Secured Financing Pursuant to 11 U.S.C. Sections 362 and 364(c), (II) Granting Liens and Superpriority Claims to the DIP Lender Pursuant to 11 U.S.C. Sections 364 and 507, (III) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. Section 363, and (IV) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. Sections 361, 362, 363 and 507; and (B) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001–4, Filed by Michael D. Sirota on behalf of Saint Michael's Medical Center, Inc.. (Attachments: # 1 Application # 2 Exhibit A – Proposed Interim DIP Order # 3 Exhibit B – DIP Term Sheet # 4 Exhibit C – DIP Budget # 5 Exhibit D – Proposed Interim Cash Collateral Order # 6 Declaration of Thomas Buck in Support of Motion) (Sirota, Michael)

*19* – Order Granting Application for Expediting Consideration of First Day Matters (Related Doc # 15). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/10/2015. (jf)

Dated: 8/10/15

James J. Waldron
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Saint Michael's Medical Center, Inc  
    Debtor

Case No. 15-24999-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: jfilguei    Page 1 of 1    Date Rcvd: Aug 10, 2015  
                 Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2015.  
db           +Saint Michael's Medical Center, Inc.,   111 Central Avenue,   Newark, NJ 07102-1909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2015                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2015 at the address(es) listed below:  
         Kenneth A. Rosen    on behalf of Interested Party    Barnabas Health   krosen@lowenstein.com  
         Michael D. Sirota    on behalf of Debtor    Saint Michael's Medical Center, Inc.  
             msirota@coleschotz.com  
                                                                                              TOTAL: 2