| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07602-0800<br>Michael D. Sirota, Esq.<br>Gerald H. Gline, Esq.<br>Ryan T. Jareck, Esq.<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>*Proposed Attorneys for Saint Michael's*<br>*Medical Center, Inc., et al., Debtors-in-Possession* | Order Filed on August 10, 2015<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>SAINT MICHAEL'S MEDICAL CENTER,<br>INC., *et al.*[1]<br><br>Debtors-in-Possession. | Case No. 15-24999<br><br>Chapter 11<br>(Joint Administration Pending)<br><br>Judge:<br><br>**Hearing Date and Time:**<br>___August 11___, 2015, at 2 :30 p.m. |

## ORDER REGARDING APPLICATION FOR EXPEDITED
## CONSIDERATION OF FIRST DAY MATTERS

The relief set forth on the following pages, numbered two (2) through five (5), is hereby **ORDERED**.

**DATED: August 10, 2015**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: Saint Michael's Medical Center, Inc. (6046); Columbus Acquisition Corp. (6342); Saint James Care, Inc. (6230); and University Heights Property Company, Inc. (0162).

54020/0001-11777536v2

(Page 2)
Debtors:           SAINT MICHAEL'S MEDICAL CENTER, INC., *et al.*
Case No.           15-
Caption of Order:  ORDER REGARDING APPLICATION FOR EXPEDITED
                   CONSIDERATION OF FIRST DAY MATTERS

---

The bankruptcy cases were filed on August 10, 2015. An *Application For Expedited Consideration of First Day Matters* was filed thereafter. After review of the initial pleadings filed in these cases that have been designated by counsel as requiring expedited consideration, and for good cause shown,

IT IS HEREBY ORDERED that the following motions are set down for hearing before the United States Bankruptcy Court for the District of New Jersey, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, New Jersey 07102, before the Honorable  Vincent F. Papalia , United States Bankruptcy Judge, at the date and time as set forth below:

|  | **Hearing Date and Time** |
|---|---|
| MOTION FOR DESIGNATION AS COMPLEX CHAPTER 11 CASES | August 11 , 2015 at  2 :30 p.m. |
| MOTION FOR AN ORDER DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(b) AND GRANTING OTHER RELATED RELIEF | August 11, 2015 at  2 :30 p.m. |
| MOTION FOR AN ORDER EXTENDING THE DEBTORS' TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS PURSUANT TO FED. R. BANKR. P. 1007 | August 11, 2015 at  2 :30 p.m. |

54020/0001-11777536v2

(Page 3)
Debtors:            SAINT MICHAEL'S MEDICAL CENTER, INC., *et al.*
Case No.            15-
Caption of Order:   ORDER REGARDING APPLICATION FOR EXPEDITED
                    CONSIDERATION OF FIRST DAY MATTERS

|  | **Hearing Date and Time** |
|---|---|
| MOTION FOR AN ORDER: (A) GRANTING INTERIM RELIEF PURSUANT TO 11 U.S.C. § 366(b); (B) AUTHORIZING THE PAYMENT OF ADEQUATE ASSURANCE FOR POST-PETITION UTILITY SERVICES; (C) FIXING FINAL HEARING DATE TO DETERMINE ADEQUATE ASSURANCE; AND (D) GRANTING OTHER RELATED RELIEF | <u>August 11</u>, 2015 at <u>2</u> : 30 p.m. |
| MOTION FOR AN ORDER: (A) AUTHORIZING THE DEBTORS TO CONTINUE USING THEIR EXISTING CASH MANAGEMENT SYSTEM; (B) AUTHORIZING THE DEBTORS TO CONTINUE USING THEIR EXISTING BANK ACCOUNTS AND BUSINESS FORMS; (C) WAIVING COMPLIANCE WITH INVESTMENT GUIDELINES UNDER 11 U.S.C. § 345(b); AND (D) AUTHORIZING CONTINUED USE OF TRINITY HEALTH CORPORATION SHARED SERVICES ARRANGEMENT; | <u>August 11</u>, 2015 at <u>2</u> :30 p.m. |
| MOTION FOR AN ORDER APPROVING THE DEBTORS' RETENTION OF PRIME CLERK LLC AS CLAIMS AND NOTICING AGENT PURSUANT TO 28 U.S.C. § 156(c) | <u>August 11</u>, 2015 at <u>2</u> :30 p.m. |

(Page 4)
Debtors:         SAINT MICHAEL'S MEDICAL CENTER, INC., *et al.*
Case No.         15-
Caption of Order: ORDER REGARDING APPLICATION FOR EXPEDITED
                 CONSIDERATION OF FIRST DAY MATTERS

**Hearing Date and Time**

| Motion | Hearing Date and Time |
|---|---|
| MOTION FOR AN ORDER: (I) AUTHORIZING DEBTORS TO PAY PREPETITION WAGES, SALARIES, AND RELATED TAXES FOR PREPETITION PERIODS; (II) DIRECTING ALL BANKS TO HONOR PREPETITION CHECKS FOR PAYMENT OF PREPETITION EMPLOYEE OBLIGATIONS; (III) AUTHORIZING DEBTORS TO HONOR WORKERS' COMPENSATION AND CERTAIN EMPLOYEE BENEFIT OBLIGATIONS; (IV) AUTHORIZING DEBTORS TO PAY CRITICAL PREPETITION DEBTS OF PHYSICIANS AND PHYSICIAN GROUPS PERFORMING ESSENTIAL PATIENT SERVICES; AND (V) GRANTING OTHER RELATED RELIEF | August 11, 2015 at 2:30 p.m. |
| MOTION FOR AN ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO PROFESSIONALS | August 11, 2015 at 2:30 p.m. |
| MOTION FOR AN ORDER AUTHORIZING THE RETENTION AND COMPENSATION OF PROFESSIONALS UTILIZED BY THE DEBTORS IN THE ORDINARY COURSE OF BUSINESS *NUNC PRO TUNC* TO THE FILING DATE | August 11, 2015 at 2:30 p.m. |

(Page 5)
Debtors:              SAINT MICHAEL'S MEDICAL CENTER, INC., *et al.*
Case No.              15-
Caption of Order:     ORDER REGARDING APPLICATION FOR EXPEDITED
                      CONSIDERATION OF FIRST DAY MATTERS

---

**Hearing Date and Time**

VERIFIED APPLICATION IN SUPPORT OF
DEBTORS' MOTION FOR: (A) ENTRY OF
INTERIM AND FINAL ORDERS
(I) AUTHORIZING THE DEBTORS TO OBTAIN
POST-PETITION SECURED FINANCING
PURSUANT TO 11 U.S.C. §§ 362 AND 364(C), (II)
GRANTING LIENS AND SUPERPRIORITY
CLAIMS TO THE DIP LENDER PURSUANT TO
11 U.S.C. §§ 364 AND 507, (III) AUTHORIZING
USE OF CASH COLLATERAL PURSUANT TO 11
U.S.C. § 363, AND (IV) GRANTING ADEQUATE
PROTECTION TO PREPETITION SECURED
PARTIES PURSUANT TO 11 U.S.C. §§ 361, 362,
363, 364 AND 507; AND (B) SCHEDULING A
FINAL HEARING PURSUANT TO BANKRUPTCY
RULE 4001 AND LOCAL BANKRUPTCY RULE
4001-4;                                                              August 11, 2015 at 2:30 p.m.

   IT IS FURTHER ORDERED that service of the within Order shall be made on this date in

accordance with the Court's *General Order Adopting Guidelines Governing First Day Matters*;

and

   IT IS FURTHER ORDERED that objections and/or responses to First Day Matters, if

any, shall be made in accordance with the Court's *General Order Adopting Guidelines*

*Governing First Day Matters*.

54020/0001-11777536v2

United States Bankruptcy Court
District of New Jersey

In re:
Saint Michael's Medical Center, Inc
    Debtor

Case No. 15-24999-VFP
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: jfilguei    Page 1 of 1    Date Rcvd: Aug 10, 2015
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2015.
db        +Saint Michael's Medical Center, Inc.,   111 Central Avenue,   Newark, NJ 07102-1909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2015           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2015 at the address(es) listed below:
         Kenneth A. Rosen    on behalf of Interested Party    Barnabas Health krosen@lowenstein.com
         Michael D. Sirota    on behalf of Debtor    Saint Michael's Medical Center, Inc.
           msirota@coleschotz.com
           TOTAL: 2