Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15–24999–VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Saint Michael's Medical Center, Inc.
111 Central Avenue
Newark, NJ 07102

Social Security No.:

Employer's Tax I.D. No.:
26–2616046

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

Schedules A,B,D,E,F,G & H, Statement of Financial Affairs, Summary of Schedules

2. This case will be dismissed on August 24, 2015, unless the missing documents are received on or before that date by the Clerk of the Court at:

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before August 24, 2015.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: August 11, 2015
JJW: pbf

James J. Waldron
Clerk

If the schedules you file list more creditors than were included on the list of creditors(matrix) filed with your petition, you must file with your schedules an amended list of creditors(matrix), listing only those creditors being added, and a separate verified statement of changes (D.N.J. LBR 1007–2 and 1009–1). You must also pay a $30 fee for the amendment in the form of certified check, money order, or attorney's check.

```
                       United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                   Case No. 15-24999-VFP
Saint Michael's Medical Center, Inc                      Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: pfiero              Page 1 of 1                  Date Rcvd: Aug 11, 2015
                              Form ID: 180              Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2015.
db             +Saint Michael's Medical Center, Inc.,   111 Central Avenue,    Newark, NJ 07102-1909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: leah.bynon@usdoj.gov Aug 11 2015 21:36:02      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 11 2015 21:35:55     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2015                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2015 at the address(es) listed below:
              Joseph L. Schwartz    on behalf of Creditor    JNESO, District Council 1 IUOE-AFL-CIO
               jschwartz@riker.com
              Kenneth A. Rosen    on behalf of Interested Party    Barnabas Health krosen@lowenstein.com
              Michael D. Sirota    on behalf of Plaintiff    Saint Michael's Medical Center, Inc., et al.
               msirota@coleschotz.com
              Michael D. Sirota    on behalf of Debtor    Saint Michael's Medical Center, Inc.
               msirota@coleschotz.com
              Mitchell Malzberg    on behalf of Creditor    District 1199J, National Union of Hospital & Health
               Care Employees, AFSCME and District 1199J NJ Benefit & Pension Funds mmalzberg@mjmalzberglaw.com,
               dlapham@mjmalzberglaw.com
              Nola R. Bencze    on behalf of Creditor    Trinity Health System nola.bencze@bipc.com,
               jessica.trout@bipc.com;heidi.smiegocki@bipc.com
              Ryan T. Jareck    on behalf of Debtor    Saint Michael's Medical Center, Inc.
               rjareck@coleschotz.com,  fpisano@coleschotz.com
              Warren J. Martin, Jr.    on behalf of Creditor    Resource Data Management, Inc.
               wjmartin@pbnlaw.com,
               mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;rasegall@pbnla
               w.com;SDGuven@pbnlaw.com
                                                                                              TOTAL: 8