| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Fran B. Steele, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Fran.B.Steele@usdoj.gov | FILED<br>JAMES J. WALDRON, CLERK<br><br>AUG 1 1 2015<br><br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY_____ DEPUTY |
|---|---|
| In Re:<br><br>Saint Michael's Medical Center, Inc., *et al.*[1]<br><br>Debtors. | Case No.: 15-24999 (VFP)<br><br>Chapter 11<br><br>Hearing Date: August 11, 2015 at 2:30 p.m.<br><br>Judge: The Honorable Vincent F. Papalia |

**ORDER DESIGNATING CASES AS HEALTH CARE BUSINESS CASES AS DEFINED IN 11 U.S.C. § 101(27A) AND DIRECTING THE APPOINTMENT OF A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

*August 11, 2015*                                        */s/ Vincent F. Papalia, U.S.B.J.*

---

[1] The Debtors in these Chapter 11 cases along with the case number of each Debtor are: Saint Michael's Medical Center, Inc. (15-24999); Columbus Acquisition Corp. (15-25000); Saint James Care, Inc. (15-25001); and University Property Company, Inc. (15-25003).

(Page 2)

Saint Michael's Medical Center, Inc., *et al.*

Chapter 11 Case No. 15-24999 (VFP):

**Order Designating Cases as Health Care Business Cases as Defined in 11 U.S.C. § 101(27A) and Directing the Appointment of a Patient Care Ombudsman Pursuant to 11 U.S.C. § 333**

---

**WHEREAS**, Saint Michael's Medical Center, Inc.; Columbus Acquisition Corp.; Saint James Care, Inc.; and University Heights Property Company, Inc. (the "Debtors") filed chapter 11 petitions on August 10, 2015; and,

**WHEREAS**, the Debtors are identified as health care business cases as defined in 11 U.S.C. § 101(27A); and,

**WHEREAS**, pursuant to 11 U.S.C. § 333 (a)(1), the Court shall order the appointment of an ombudsman in a health care business case, not later than 30 days after the commencement of the case, to monitor the quality of patient care and to represent the interests of the patients of the health care business unless the court finds that the appointment of such ombudsman is not necessary for the protection of patients under the specific facts of the cases.

**It is hereby ORDERED as follows:**

1. These jointly administered cases are designated as heath care business cases within the meaning of 11 U.S.C. § 101 (27A) and

2. The Acting United States Trustee is directed to appoint a patient care ombudsman in these jointly administered cases in accordance with 11 U.S.C. § 333.

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                         Case No. 15-24999-VFP
Saint Michael's Medical Center, Inc                            Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: ndossant    Page 1 of 1    Date Rcvd: Aug 11, 2015
                        Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2015.
db            +Saint Michael's Medical Center, Inc.,    111 Central Avenue,    Newark, NJ 07102-1909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2015 at the address(es) listed below:
              Joseph L. Schwartz    on behalf of Creditor    JNESO, District Council 1 IUOE-AFL-CIO
               jschwartz@riker.com
              Kenneth A. Rosen    on behalf of Interested Party    Barnabas Health krosen@lowenstein.com
              Lawrence P. Maher    on behalf of Creditor    New Jersey Health Care Facilities Financing Authority
               lmaher@greenbaumlaw.com
              Michael D. Sirota    on behalf of Plaintiff    Saint Michael's Medical Center, Inc., et al.
               msirota@coleschotz.com
              Michael D. Sirota    on behalf of Debtor    Saint Michael's Medical Center, Inc.
               msirota@coleschotz.com
              Mitchell Malzberg    on behalf of Creditor    District 1199J, National Union of Hospital & Health
               Care Employees, AFSCME and District 1199J NJ Benefit & Pension Funds mmalzberg@mjmalzberglaw.com,
               dlapham@mjmalzberglaw.com
              Nola R. Bencze    on behalf of Creditor    Trinity Health System nola.bencze@bipc.com,
               jessica.trout@bipc.com;heidi.smiegocki@bipc.com
              Ryan T. Jareck    on behalf of Debtor    Saint Michael's Medical Center, Inc.
               rjareck@coleschotz.com,   fpisano@coleschotz.com
              Warren J. Martin, Jr.    on behalf of Creditor    Resource Data Management, Inc.
               wjmartin@pbnlaw.com,
               mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;rasegall@pbnlaw.com;SDGuven@pbnlaw.com
                                                                                             TOTAL: 9