# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>SAINT MICHAEL'S MEDICAL CENTER, INC., et al.,[1]<br><br>            Debtors-in-Possession. | Chapter 11<br><br>Case No. 15-24999 (VFP)<br><br>(Joint Administration Pending) |

## AFFIDAVIT OF SERVICE

I, Justin J. Ra, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 12, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Debtors' Motion for an Order (1) Approving "Stalking Horse" Asset Purchase Agreement for the Sale of Substantially All the Debtors' Assets; (2) Approving Bidding Procedures and Form, Manner and Sufficiency of Notice; (3) Scheduling (A) an Auction Sale and (B) a Hearing to Consider Approving the Highest and Best Offer; (4) Authorizing the Debtors to Sell Substantially All Their Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (5) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (6) Granting Other Related Relief [Docket No. 17]

- Motion to Shorten Notice and Objection Period in Connection with Motion for an Order (1) Approving "Stalking Horse" Asset Purchase Agreement for the Sale of Substantially All the Debtors' Assets; (2) Approving Bidding Procedures and Form, Manner, and Sufficiency of Notice; (3) Scheduling (A) an Auction Sale and (B) a Hearing to Consider Approving the Highest and Best Offer; (4) Authorizing the Debtors to Sell Substantially All Their Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (5) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (6) Granting Other Related Relief [Docket No. 18]

- Interim Order Authorizing Debtors in Possession to (I) Obtain Postpetition Financing, (II) Grant Liens and Superpriority Claims to Postpetition Lenders; and (III) Scheduling Final Hearing [Docket No. 32]

---

1 The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: Saint Michael's Medical Center, Inc. (6046); Columbus Acquisition Corp. (6342); Saint James Care, Inc. (6230); and University Heights Property Company, Inc. (0162).

- Interim Order (1) Authorizing the Debtors' Use of Cash Collateral, (2) Providing Adequate Protection to the Debtors' Pre-Petition Lender, (3) Scheduling a Final Hearing, and (4) Granting Other Related Relief [Docket No. 33]

- Order: (I) Authorizing Debtors to Pay Prepetition Wages, Salaries, and Related Taxes for Prepetition Periods; (II) Directing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; (III) Authorizing Debtors to Honor Workers' Compensation and Certain Employee Benefit Obligations; (IV) Authorizing Debtors to Pay Critical Prepetition Debts of Physicians and Physician Groups Performing Essential Patient Services; and (V) Granting Other Related Relief [Docket No. 35]

- Order Establishing Case Management and Administrative Procedures [Docket No. 36]

- Order Granting Complex Chapter 11 Case Treatment [Docket No. 38]

- Order Approving the Debtors' Retention of Prime Clerk LLC as Claims and Noticing Agent [Docket No. 39]

- Order Granting Motion to Shorten Notice and Objection Period in Connection with Motion for an Order (1) Approving "Stalking Horse" Asset Purchase Agreement for the Sale of Substantially All the Debtors' Assets; (2) Approving Bidding Procedures and Form, Manner and Sufficiency of Notice; (3) Scheduling (A) an Auction Sale and (B) a Hearing to Consider Approving the Highest and Best Offer; (4) Authorizing the Debtors to Sell Substantially All their Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (5) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (6) Granting Other Related Relief [Docket No. 40]

- Order: (A) Granting Interim Relief; (B) Authorizing the Payment of Adequate Assurance for Post-Petition Utility Services; (C) Fixing Final Hearing Date to Determine Adequate Assurance; and (D) Granting Other Related Relief [Docket No. 41]

- Administrative Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses to Professional Persons [Docket No. 42]

- Order Extending the Debtors' Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 43]

- Order: (A) Authorizing the Debtors to Continue Using Their Existing Cash Management System; (B) Authorizing the Debtors to Continue Using Their Existing Bank Accounts and Business Forms; (C) Waiving Compliance with

SRF 3770

Investment Guidelines; and (D) Authorizing Continued Use of Trinity Health Corporation Shared Services Arrangement [Docket No. 44]

On August 12, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following additional documents to be served via Overnight Mail to New Jersey Attorney General, Jacqueline Augustine, Division of Health and Human Services, Hughes Justice Complex, PO Box 112 8th Floor, Trenton, NJ 08625:

- Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Cole Schotz P.C. as Bankruptcy Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 23]

- Debtors' Application for Entry of an Order Authorizing the Employment and Retention of EisnerAmper LLP as Financial Advisors to the Debtors [Docket No. 25]

- Notice of Debtors' Motion for an Order Authorizing the Rejection of Certain Unexpired Nonresidential Real Property Leases [Docket No. 31]

The above-referenced party is also a listed recipient on the Core/2002 Service List and received the full list of documents served to that list in the manners set forth in **Exhibit A**.

On August 12, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Utilities Service List attached hereto as **Exhibit B**:

- Order: (A) Granting Interim Relief; (B) Authorizing the Payment of Adequate Assurance for Post-Petition Utility Services; (C) Fixing Final Hearing Date to Determine Adequate Assurance; and (D) Granting Other Related Relief [Docket No. 41]

On August 12, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Email on the Banks Service List attached hereto as **Exhibit C**:

- Interim Order Authorizing Debtors in Possession to (I) Obtain Postpetition Financing, (II) Grant Liens and Superpriority Claims to Postpetition Lenders; and (III) Scheduling Final Hearing [Docket No. 32]

- Interim Order (1) Authorizing the Debtors' Use of Cash Collateral (2) Providing Adequate Protection to the Debtors' Pre-Petition Lender, (3) Scheduling a Final Hearing, and (4) Granting Other Related Relief [Docket No. 33]

- Order: (I) Authorizing Debtors to Pay Prepetition Wages, Salaries, and Related Taxes for Prepetition Periods; (II) Directing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; (III) Authorizing

SRF 3770

Debtors to Honor Workers' Compensation and Certain Employee Benefit Obligations; (IV) Authorizing Debtors to Pay Critical Prepetition Debts of Physicians and Physician Groups Performing Essential Patient Services; and (V) Granting Other Related Relief [Docket No. 35]

- Order Establishing Case Management and Administrative Procedures [Docket No. 36]

- Order: (A) Authorizing the Debtors to Continue Using Their Existing Cash Management System; (B) Authorizing the Debtors to Continue Using Their Existing Bank Accounts and Business Forms; (C) Waiving Compliance with Investment Guidelines; and (D) Authorizing Continued Use of Trinity Health Corporation Shared Services Arrangement [Docket No. 44]

Dated: August 14, 2015,

_____
Justin J. Ra

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 14, 2015, by Justin J. Ra, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified In New York County
My Commission Expires October 07, 2017

SRF 3770

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Creditor | ABBOTT LABORATORIES INC | Attn: General Counsel<br>100 ABBOTT PARK ROAD<br>ABBOTT PARK IL 60064 | info@abbott.com | Email |
| Top 20 Creditor | ABIOMED | Attn: General Counsel<br>22 CHERRY HILL DRIVE<br>DANVERS MA 1923 | accountsreceivable@abiomed.com | Email |
| Top 20 Creditor | ACCOUNTABLE HEALTHCARE STAFFIN | Attn: General Counsel<br>999 YAMATO ROAD<br>SUITE 210<br>BOCA RATON FL 33431 | info@AHCStaff.com | Email |
| Top 20 Creditor | ADVANCED REIMBURSEMENT MGT LLC | TIM MATTHEWS<br>4524 SOUTHLAKE PARKWAY STE 15<br>HOOVER AL 35244 | tim.matthews@adreima.com | Email |
| UCC Lien Party | Axis Capital, Inc. | Attn: General Counsel<br>308 N Locust Street<br>Suite 100<br>Grand Island NE 68801 | | Overnight Mail |
| Ballard Spahr LLP | Ballard Spahr LLP | Barbara Casey<br>210 Lake Drive East<br>SUITE 200<br>Cherry Hill NJ 08002-1163 | caseyb@ballardspahr.com | Email |
| Counsel to Trinity Health System | Buchanan Ingersoll & Rooney PC | Attn:  William Schorling, Esq., Nola R. Bencze, Esq., Timothy Palmer, Esq.<br>700 Alexander Park<br>Suite 300<br>Princeton NJ 08540 | william.schorling@bipc.com<br>nola.bencze@bipc.com<br>timothy.palmer@bipc.com | Email |
| Buchanan Ingersoll & Rooney PC | Buchanan Ingersoll & Rooney PC | Dale S Webber<br>401 E Jackson Street<br>Suite 2500<br>Tampa FL 33602 | dale.webber@bipc.com | Email |
| Top 20 Creditor | Cardinal Health 110 Incorporated | Attn: General Counsel<br>7000 Cardinal Place<br>Dublin  OH 43017 | | **Overnight Mail** |
| UCC Lien Party | Cardinal Health 200 Inc | Attn: General Counsel<br>7000 Cardinal Place West<br>Dublin  OH 43017 | | **Overnight Mail** |
| Top 20 Creditor | CARDINAL HLTH INC | MEDICAL PRODUCTS & SERVICES<br>Attn: General Counsel<br>PO BOX 13862<br>NEWARK NJ 71880862 | CGRANT@CARDINALHEALTH.COM | Email |
| Top 20 Creditor | Center For Medicare & Medicaid Services | Attn: General Counsel<br>7500 Security Boulevard<br>Baltimore MD 21244 | RONYCFM@cms.hhs.gov | Email |
| Top 20 Creditor | CERNER HEALTH SERVICES | KRISTI PAYNE<br>PO BOX 959167<br>ST LOUIS MO 63195-9167 | kristi.payne@cerner.com | Email |
| Top 20 Creditor | CERNER HEALTH SERVICES | World Headquarters<br>2800 Rockcreek Parkway<br>North Kansas City MO 64117 | kristi.payne@cerner.com | Email |
| CIR SEIU, Committee of Interns & Residents | CIR SEIU, Committee of Interns & Residents | David Hammer-Hodges<br>520 8TH AVE<br>STE 1200<br>NEW YORK NY 10018 | dhamerhodges@cirorg.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Cole Schotz P.C. | Cole Schotz P.C. | Michael D. Sirota, Gerald H. Gline, Ryan T. Jareck<br>25 Main Street<br>Hackensack NJ 07601 | msirota@coleschotz.com<br>ggline@coleschotz.com<br>rjareck@coleschotz.com<br>FPisano@coleschotz.com | Email |
| Department of Health & Senior Services | Department of Health & Senior Services | Office of Legal & Regulatory Affairs<br>John Fitch Plaza<br>PO Box 360<br>Trenton NJ 08625-0360 | | **Overnight Mail** |
| Department of Health & Senior Services | Department of Health & Senior Services | Susan J Dougherty<br>25 Market Street<br>8th floor<br>Trenton  NJ 08625 | susan.dougherty@dol.lps.state.nj.us | Email |
| Department of Treasury | Department of Treasury | Internal Revenue Service<br>POST OFFICE BOX 979101<br>ST LOUIS MO 63197 | | **Overnight Mail** |
| Top 20 Creditor | District 1199J Benefit Fund | Susan Cleary<br>9-25 Alling Street<br>3rd floor<br>Newark  NJ 07102 | scleary@district1199j.org | Email |
| Top 20 Creditor | EAGLE ELECTRICAL CONTRACTING | Attn: General Counsel<br>19 INDIAN PATH<br>MILLSTONE NJ 08535 | stevea@eaglecs.com | Email |
| Debtors Restructuring Advisors | EisnerAmper Llp | Alan Wilen, Thomas Buck<br>111 Wood Ave South<br>Iselin NJ 08830 | thomas.buck@eisneramper.com<br>eugene.simon@eisneramper.com | Email |
| UCC Lien Party | General Electric Capital Corporation | Attn: General Counsel<br>901 Main Avenue<br>Norwalk CT 6851 | gecacontactus@ge.com | Email |
| UCC Lien Party | General Electric Capital Corporation | Attn: General Counsel<br>PO Box 35701<br>Billings  MT 59107-5701 | gecacontactus@ge.com | Email |
| UCC Lien Party | General Electric Capital Corporation | Attn: General Counsel<br>PO Box 414 W<br>W-490<br>Milwaukee WI 53201 | gecacontactus@ge.com | Email |
| Counsel to New Jersey Health Care Facilities Financing Authority | Greenbaum, Rowe, Smith & Davis LLP | Attn:  Lawrence P. Maher, Esq.<br>99 Wood Avenue South<br>Iselin NJ 08830-2712 | | **Overnight Mail** |
| Counsel to New Jersey Health Care Facilities Financing Authority | Greenbaum, Rowe, Smith & Davis LLP | Attn:  Lawrence P. Maher, Esq.<br>Metro Corporate Campus One<br>PO Box 5600<br>Woodbridge NJ 07095-0988 | lmaher@greenbaumlaw.com | Email |
| Top 20 Creditor | Healthfirst | Terence L. Byrd<br>821 Alexander Road<br>Suite 140<br>Princeton NJ 08540 | customerservice@healthfirst.com | Email |
| Top 20 Creditor | HOSPIRA WORLDWIDE INC | Attn: General Counsel<br>75 REMITTANCE DR<br>STE 6136<br>CHICAGO IL  60675 | supportservices@hospira.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Creditor | IMPLEMENTATION MANAGEMENT ASSI | DEVON KING<br>3 CHRISTY DRIVE<br>SUITE 100<br>CHADDS FORD PA 19317 | JDAY@IMA-CONSULTING.COM | Email |
| UCC Lien Party | Insight Investments, Llc | Attn: General Counsel<br>600 City Parkway West<br>Suite 500<br>Orange County CA 92868 | info@insightinvestments.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104-5016 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV<br>marie.cerchero@irs.gov<br>Sandra.i.feliu@irs.gov | Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | **Overnight Mail** |
| International Union of Operating Engineers, Local 68 | International Union of Operating Engineers, Local 68 | Charles McDonald<br>11 Fairfield Place<br>West Caldwell NJ 07006 | cmcdonald@iuoe-68.org | Email |
| Top 20 Creditor | JNESO, District Council 1,IUOE AFL-CIO | Doug Placa<br>1125 Livingston Avenue<br>North Brunswick NJ 08902 | dplaca@jneso.org | Email |
| JNESO, District Council 1,IUOE AFL-CIO | JNESO, District Council 1,IUOE AFL-CIO | Meredith Larson<br>1125 Livingston Avenue<br>North Brunswick NJ 08902 | mlarson@jneso.org | Email |
| Counsel to District 1199J, National Union of Hospital & Health Care Employees, AFSCME and District 1199J NJ Benefit & Pension Funds | Law Offices of Mitchell J. Malzberg, LLC | Mitchell Malzberg, Esq.<br>P.O. Box 5122<br>6 E. Main Street, Suite 7<br>Clinton  NJ 08809 | mmalzberg@mjmalzberglaw.com | Email |
| Counsel to Barnabas Health | Lowenstein Sandler LLP | Attn:  Kenneth A. Rosen, Esq., Paul Kizel, Esq. & Andrew Behlmann, Esq.<br>65 Livingston Avenue<br>Roseland NJ 07068 | krosen@lowenstein.com<br>pkizel@lowenstein.com<br>abehlmann@lowenstein.com | Email |
| UCC Lien Party | Med One Capital Funding LLC | Attn: General Counsel<br>10712 SOUTH 1300 EAST<br>SANDY UT 84094 | mstevens@medonecapital.com | Email |
| UCC Lien Party | Med One Capital Funding NJ LP | Attn: General Counsel<br>10712 SOUTH 1300 EAST<br>SANDY UT 84094 | mstevens@medonecapital.com | Email |
| Med One Capital Ipa One | Med One Capital Ipa One | 10712 SOUTH 1300 EAST<br>SANDY UT 84094 | mstevens@medonecapital.com | Email |
| Top 20 Creditor | Med Realty, LLC | Attn: General Counsel<br>2185 Lemoine Avenue<br>Fort Lee  NJ 07024 | info@medrealty.com | Email |
| Top 20 Creditor | MEDLINE INDUSTRIES INC | BRIAN MAOUSSEAN<br>DEPT CH 14400<br>PALATINE IL 600554400 | service@medline.com | Email |
| Top 20 Creditor | MEDTRONIC USA INC | Attn: General Counsel<br>710 MEDTRONIC PARKWAY<br>MINNEAPOLIS MN 55432 | investor.relations@medtronic.com | Email |
| Top 20 Creditor | National Information Solutions | Attn: General Counsel<br>3201 Nygren Dr NW<br>Mandan ND 58554 | remit@capturis.com<br>scott.luecal@nisc.coop<br>julie.yantzer@nisc.coop | Email |

Exhibit A

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Creditor | National Information Solutions | Jesse<br>PO Box 1147<br>Mandan ND 58554 | remit@capturis.com<br>scott.luecal@nisc.coop<br>julie.yantzer@nisc.coop | Email |
| Attorney General of New Jersey | New Jersey Attorney General | Division of Law<br>Richard J Hughes Justice Complex<br>25 Market Street, PO Box 112<br>Trenton NJ 08625-0112 | | **Overnight Mail** |
| New Jersey Attorney General | New Jersey Attorney General | Jacqueline Augustine<br>Division of Health & Human Services, Hughes Justice Complex<br>PO Box 112 8th Floor<br>Trenton  NJ 08625 | jacqueline.augustine@dol.lps.state.nj.us | **Overnight Mail and Email** |
| New Jersey Attorney General | New Jersey Attorney General | Marlene Brown<br>Bankruptcy Section, Hughes Justice Complex<br>PO Box 106 6th floor West<br>Trenton  NJ 08625 | | **Overnight Mail** |
| New Jersey Department of Human Services | New Jersey Department of Human Services | Office of Legal & Regulatory Affairs<br>222 South Warren Street<br>PO Box 700<br>Trenton NJ 08625-0700 | DHS-CO.OLRA@dhs.state.nj.us | Email |
| New Jersey Department of Labor | New Jersey Department of Labor | Benefit Payment Control<br>PO Box 951<br>Trenton NJ 08625-0951 | Constituent.Relations@dol.state.nj.us | Email |
| New Jersey Department of Labor | New Jersey Department of Labor | Division of Employer Accounts<br>PO Box 379<br>Trenton NJ 08625-0379 | Constituent.Relations@dol.state.nj.us | Email |
| New Jersey Division of Taxation | New Jersey Division of Taxation | Bankruptcy Division<br>50 Barrack Street, 9th Floor<br>PO Box 245<br>Trenton NJ 08695-0245 | Taxation.Judgments@treas.state.nj.us | **Overnight and Email** |
| New Jersey Health Care Facilities Financing Authority | New Jersey Health Care Facilities Financing Authority | Mark Hopkins<br>Station Plaza Building 4<br>22 S Clinton Ave<br>Trenton  NJ 08609-1212 | mhopkins@NJHCFFA.com | Email |
| NJ Department o Environmental Protection | NJ Department o Environmental Protection | Office of Record Access<br>ATTN: Bankruptcy Coordinator<br>Mail Code:401-06Q, PO Box 402<br>Trenton NJ 08625-0402 | Records.Custodian@dep.nj.gov | Email |
| NJ Division Of Taxation | NJ Division Of Taxation | Compliance and Enforcement Bankruptcy Unit<br>50 Barrack Street, 9th Floor<br>PO Box 245<br>Trenton NJ 08695-0267 | | **Overnight Mail** |
| Novitas Solutions, Inc | Novitas Solutions, Inc | Krystyna Gallegos<br>11311 Mccormick Road<br>Hunt Valley MD 21031 | KRYSTYNA.GALLEGOS@NOVITAS-SOLUTIONS.COM | Email |
| United States Trustee District of New Jersey | Office Of The United States Trustee For The District Of New Jersey | Attn: Mitchell B Hausman<br>One Newark Center<br>1085 Raymond Blvd, Suite 2100<br>Newark NJ 07102 | Mitchell.B.Hausman@usdoj.gov | Email |
| UCC Lien Party | OLYMPUS AMERICA INC | Attn: General Counsel<br>3500 Corporate Parkway<br>Center Valley PA 18034 | deborah.daddona@olympus.com | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| UCC Lien Party | Pantheon Capital Llc | Judy Hartley<br>Crossroads Corporate Center<br>ONE INTERNATIONAL BLVD, Sutie 624<br>MAHWAH NJ 7495 | | **Overnight Mail** |
| Counsel to Resource Data Management, Inc. | Porzio, Bromberg & Newman, PC | Attn:  Warren J. Martin Jr., Esq.<br>100 Southgate Parkway<br>Morristown NJ 07962 | wjmartin@pbnlaw.com | Email |
| Claims Agent | Prime Clerk LLC | Josh Karotkin<br>830 3rd Ave Fl 9<br>New York NY 10022 | jkarotkin@primeclerkc.com | Email |
| Prime Health Services, Inc. | Prime Health Services, Inc. | Radha A. Savitala<br>3300 E Guasti Rd<br>Ontario CA 91761 | rsavitala@primehealthcare | Email |
| UCC Lien Party | Republic Bank | Attn: General Counsel<br>1560 So Renaissance Towne Drive<br>Suite 260<br>Bountiful UT 84010 | blindquist@repbkut.com<br>repbk2934@aol.com | Email |
| Counsel to JNESO, District Council 1 IUOE-AFL-CIO | Riker Danzig Scherer Hyland & Perretti LLP | Attn:  Joseph L. Schwartz, Esq. & Kevin J. Larner, Esq.<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown NJ 07962-1981 | jschwartz@riker.com<br>klarner@riker.com | Email |
| Top 20 Creditor | ST JOSEPH'S HOSPITAL | Attn: General Counsel<br>400 HOSPITAL PLZ<br>ATTN HASNA RAVI<br>PATERSON NJ 07503-3079 | mulholle@sjhmc.org | Email |
| Top 20 Creditor | ST JUDE MEDICAL S C INC | GRETCHEN ZEGGER<br>ONE LILLEHEI PLAZA<br>ST PAUL MN 55117 | customerservice@sjm.com | Email |
| TD Bank | TD Bank | Nora Bassell<br>2 West Main Street<br>Waterbury CT 06702 | | **Overnight Mail** |
| UCC Lien Party | The Bank Of New York Mellon - Public Finance | Rosemary Melendez Vice President<br>385 Rifle Camp Road<br>West Paterson NJ 07424 | rosemary.melendez@bnymellon.com | Email |
| Treasurer State Of New Jersey | Treasurer State Of New Jersey | NJDEP DIVISION OF REVENUE<br>PO BOX 638<br>TRENTON NJ 86460-638 | | Overnight Mail |
| Top 20 Creditor | TRIMEDX LLC | ADRIANNE WOLTING FINANCE<br>6325 DIGITAL WAY<br>SUITE 400<br>INDIANAPOLIS IN 46278 | ap@trimedx.com | Email |
| Trinity Health Corporation | Trinity Health Corporation | Michael C. Hemsley<br>Deputy General Counsel<br>3805 West Chester Pike, Suite 100<br>Newton Square PA 19073 | Mhemsley@trinity-health.org | Email |
| U.S. Department Of Health And Human Services | U.S. Department Of Health And Human Services | Joel Lerner<br>Jacob K Javits Federal Building<br>26 Federal Plaza, Suite 3835<br>New York NY 10278 | Joel.Lerner@hhs.gov | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Attorney General | United States Attorney General | Anthony J LaBruna<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark NJ 07102 | | Overnight Mail |
| US Attorney General | US Attorney General | Attn Bankruptcy Dept<br>US Department of Justice<br>950 Pennsylvania NW<br>Washington DC 20530-0001 | askdoj@usdoj.gov | Email |
| Counsel to Axis Capital, Inc. | Vedder Price P.C. | Mitchell D. Cohen<br>1633 Broadway<br>47th Floor<br>New York NY 10019 | mcohen@vedderprice.com | Email |

**<u>Exhibit B</u>**

Exhibit B

Utilities Service List

Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| 7 Oil Company, Inc | BRIAN | 1708 UNION LANDING ROAD | | | CINNAMINSON | NJ | 08077 | customercare@spragueenergy.com | Overnight Mail and Email |
| Airgas East Inc | CUSTOMER SERVICE | 2 Beckwith Avenue | | | Patterson | NJ | 07501 | northeast.csrequest@airgas.com | Email |
| American Messaging | | 1720 LAKEPOINT DRIVE STE 100 | | | LEWISVILLE | TX | 75057 | webcontactus@americanmessaging.net | Email |
| Arnall Gordon Gregory LLP | Counsel for Verizon Communications Inc | Attn:Darryl S Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | darryl.laddin@agg.com | Email |
| At&T Corp | | 835 GRANT ST 5th FLOOR | | | PITTSBURGH | PA | 15219 | avincent@attnews.us | Overnight Mail and Email |
| At&T Corp | c/o Bankruptcy | 1801 Valley View Lane | | | Farmers Branch | TX | 75234 | info@att.com | Overnight Mail and Email |
| Cablevision | | PO BOX 371378 | | | PITTSBURGH | PA | 15250-1378 | david.ellen@cablevision.com | Email |
| Cablevision | Attn: General Counsel | 1111 Stewart Ave | | | Bethpage | NY | 11714 | david.ellen@cablevision.com | Email |
| Cablevision Lightpath Inc | Ed Morsch | PO BOX 360111 | | | PITTSBURGH | PA | 15251-6111 | emorsch@GoLightpath.com | Email |
| Cablevision Lightpath Inc | Attn: General Counsel | 200 Jericho Quadrangle | | | Jericho | NY | 11753 | emorsch@GoLightpath.com | Email |
| Cap Solar New Jersey 1 Llc | | 241 MOORE STREET | | | HACKENSACK | NJ | 07601 | | Overnight Mail |
| Caremedic Systems Llc | SARA GRIFFITH | 9900 BREN ROAD E | MN008-T390 | | MINNETONKA | MN | 55343 | optumbilling@optum.com | Email |
| City Of Newark | | PO BOX 1194 | | | NEWARK | DE | 19715-1194 | waterandsewer@ci.newark.nj.us | Email |
| City Of Newark | | 920 Broad Street | | | NEWARK | NJ | 07102 | waterandsewer@ci.newark.nj.us | Email |
| DirecTV | | PO BOX 100455 | | | PASADENA | CA | 911890455 | | Overnight Mail |
| DirecTV | | 2230 E. Imperial Hwy | | | El Segundo | CA | 90245 | | Overnight Mail |
| Hilltop Fuel | | 12 SPIELMAN RD | | | FAIRFIELD | NJ | 07004-3404 | hilltopfuel@aol.com | Email |
| Hp Communications Inc | | 7607 KILMICHAEL LANE | | | DALLAS | TX | 75248 | sales@globalcomsatphone.com | Email |
| Ild Telecommunications Inc | | 5000 SAWGRASS VILLAGE CIR | | | PONTE VEDRA BEACH | FL | 32082-5042 | askild@ildmail.com | Email |
| Intercall | | 8420 West Bryn Mawr | Suite 1100 | | Chicago | IL | 60631 | seflynn@intercall.com | Email |
| National Fuel Oil Inc | | 175 ORANGE ST | | | NEWARK | NJ | 07103-4009 | sales@nationalfueloil.com | Email |
| National Information Solutions | JESSE | PO BOX 1147 | | | MANDAN | ND | 58554 | susan.imm@nisc.coop | Email |
| National Information Solutions | | 3201 Nygren Drive | | | MANDAN | ND | 58554 | susan.imm@nisc.coop | Email |
| NRG Buisness Solutions | | PO BOX 1532 | | | Houston | TX | 77251-1532 | nrgbusiness@nrgenergy.com | Email |
| NRG Buisness Solutions | | 211 Carnegie Center | | | Princeton | NJ | 08540-6213 | nrgbusiness@nrgenergy.com | Email |
| Optum 360 Llc | MARC CHAMBERS | 9900 BREN ROAD EAST | MN008-T390 | | MINNETONKA | MN | 55343 | MARC.CHAMBERS@OPTUM.COM | Email |
| Paetec Communications Inc | Rebecca Incorvaia | 600 WILLOWBROOK OFFICE PARK | | | FAIRPORT | NY | 14450 | Rebecca.Incorvaia@windstream.com | Email |
| PSE&G Co | | PO BOX 14101 | | | NEW BRUNSWICK | NJ | 89064101 | jodi.moskowitz@pseg.com | Email |
| PSE&G Co | | 80 Park Plaza | | | Newark | NJ | 07101 | jodi.moskowitz@pseg.com | Email |
| Public Sewer Service | | 190 Main Avenue | | | Wallington | NJ | 07057 | | Overnight Mail |
| Reliant Energy Northeast Llc | | 211 CARNEGIE CENTER | | | PRINCETON | NJ | 08540 | | Overnight Mail |
| Sprague Operating Resources Ll | | 185 INTERNATIONAL DRIVE | | | PORTSMOUTH | NH | 03801 | customercare@spragueenergy.com | Email |
| Verizon | | One Verizon Way | | | Basking Ridge | NJ | 07920 | | Overnight Mail |
| Verizon Communications | | PO Box 33078 | | | St Petersburg | FL | 33733 | | Overnight Mail |
| Verizon Legal Compliance | Custodian of Record | 2701 S Johnson Street | MC-TXD01613 | | San Angelo | TX | 076904 | | Overnight Mail |
| Verizon Wireless Bankruptcy Administration | | 500 Technology Drive | Suite 550 | | Weldon Springs | MO | 63304 | | Overnight Mail |
| Verizon Wireless Services Llc | Jenna Del Vecchio | 180 WASHINGTON VALLEY RD | | | BEDMINSTER | NJ | 07921 | Jenna.DelVecchio@verizonwireless.com | Email |

In re Saint Michael's Medical Center, Inc., *et al.*

Case No. 15-24999 (VFP)

## Exhibit C

Exhibit C

Banks Service List

Served via Email

| Notice Name | Name | Email |
|---|---|---|
| Bank of America Merrill Lynch | Julia M. Rabkin | julia.m.rabkin@baml.com |
| Investors Bank | Betty Spiropoulos | bspiropoulos@myinvestorsbank.com |
| PNC Bank | Teresa Forte | teresa.forte@pnc.com |
| PNC Bank | PNC Healthcare | joyce.demarco@pnc.com |
| Santander | Chuck A DiGuilio | cdiguili2@Santander.us |
| Wells Fargo Bank | Healthcare Financial Services | georgetta.d.sears@wellsfargo.com |