UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq. (MH 9031)
Fran B. Steele, Esq. (FB 6336)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Saint Michael's Medical Center, Inc., *et al.*,[1] | : | Case No. 15-24999 (VFP) |
| | : | *Jointly Administered* |
| Debtors. | : | |
| | : | The Honorable Vincent F. Papalia |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

On August 18, 2015, pursuant to Section 1102(a)(1) of the Bankruptcy Code, the Acting United States Trustee hereby appoints the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case.

| | | |
|---|---|---|
| **JNESO District Council 1** | **St. James MedRealty, LLC** | **Cardinal Health** |
| 1225 Livingston Avenue | Columbus Hospital | 7000 Cardinal Place |
| North Brunswick, NJ 08902 | 495 North 13th Street | Dublin, OH 43017 |
| Tel.: (732) 745-2776, Ext. 125 | Newark, NJ 07107 | Tel.: (614) 553-3124 |
| Fax: (732) 828-6343 | Tel.: (201) 681-2322 | Attn: Tom Gerhart |
| Attn: Douglas A. Placa | Fax: (973) 706-8883 | |
| | Attn: Dr. Richard Lipsky | |

---

[1] The Debtors in these jointly administered cases are: Saint Michael's Medical Center, Inc., (15-24999 (VFP); Columbus Acquisition Corp. (15-25000 (VFP); Saint James Care, Inc. (15-25001 (VFP); University Heights Property Company, Inc. (15-25003(VFP)

**Page 2**
**Saint Michael's Medical Center, Inc.** *et al.*
**Appointment Of Official Committee Of Unsecured Creditors**

**District 1199J, National Union of Hospital & Health Care Employees**
9-25 Alling Street
Newark, NJ 07102
Tel.: (973) 624-1199
Fax: (973) 622-0801
Attn: Susan M. Cleary

**Accountable Healthcare Staffing, Inc.**
999 Yamato Road, Suite 210
Boca Raton, FL 33431
Tel.: (561) 235-7283
Fax: (561) 952-6911
Attn: Lamar Starling

**Sodexo Operations, LLC**
283 Cranes Roost Blvd.
Suite 260
Altamonte Springs, FL 32701
Tel.: (407) 339-3230, Ext. 35204
Fax: (407) 260-2305
Attn: Brad Hamman

**Med-Metrix, LLC**
9 Entin Road
Parsippany, NJ 07054
Tel.: (201) 450-9049
Fax: (201) 490-9730
Attn: Robert J. Wright, Jr.

Counsel for Committee

Andrew H. Sherman, Esquire
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-6982
Fax (973) 643-6500

                ANDREW R. VARA
                ACTING UNITED STATES TRUSTEE
                Region 3

By: */s/ Martha R. Hildebrandt*
      Martha R. Hildebrandt
      Assistant United States Trustee

      Fran B. Steele
      Trial Attorney

Date: August 20, 2015