SILLS CUMMIS & GROSS P.C.
Andrew H. Sherman
Boris I. Mankovetskiy
Lucas F. Hammonds
One Riverfront Plaza
Newark, New Jersey 07102
Tel.: 973-643-7000
Fax: 973-643-6500

*Proposed Attorneys for the Official Committee of*
*Unsecured Creditors of Saint Michael's Medical*
*Center, Inc., et al.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Hon. Vincent F. Papalia |
| SAINT MICHAEL'S MEDICAL CENTER, INC. *et al.*,[1] | Case No. 15-24999 (VFP) (Jointly Administered) |
| Debtors-in-Possession. | Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF ALL NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that Sills Cummis & Gross P.C. ("Sills") hereby appears as

proposed attorneys for the Official Committee of Unsecured Creditors of Saint Michael's

Medical Center, Inc., *et al.* (the "Committee") in these chapter 11 cases.  Pursuant to section

1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007,

and 9010 of the Federal rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Sills requests,

on behalf of the Committee, (i) that all notices given or required to be given, and all papers

served or required to be served in this case, be given to and served upon Sills at the office,

address, telephone number, and emails set forth below and (ii) that Sills be added to the mailing

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: Saint Michael's Medical Center, Inc. (6046); Columbus Acquisition Corp. (6342); Saint James Care, Inc. (6230); and University Heights Property Company, Inc. (0162) (collectively, the "Debtors").

matrix on file with the Clerk of the Bankruptcy Court and any claims and noticing agent as set forth below:

> Sills Cummis & Gross P.C.
> Attn:   Andrew H. Sherman
>         Boris I. Mankovetskiy
>         Lucas F. Hammonds
> One Riverfront Plaza
> Newark, NJ 07102
> Telephone: (973) 643-7000
> Fax: (973) 643-6500
> Email: asherman@sillscummis.com
>        bmankovetskiy@sillscummis.com
>        lhammonds@sillscummis.com

**PLEASE TAKE FURTHER NOTICE** that, under section 1109(b) of the Bankruptcy Code, this request includes not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of and all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (i) affect or seek to affect in any way any rights or interests of any creditor or party-in-interest in this case with respect to: (a) the debtor, (b) property of the estate, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (ii) requires or seeks to require any act, delivery of any property, payment or other conduct by the Committee.

**PLEASE TAKE FURTHER NOTICE**, that this Notice of Appearance includes and constitutes a request pursuant to Bankruptcy Rule 3017 to be served with each and every plan and disclosure statement which is filed herein by any person or entity.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any later appearance, pleading, claim or suit waives (i) in noncore matters and proceedings in which a Bankruptcy Court does not have the power to enter a final order under Article III of the Constitution, the right to have final orders entered only after *de novo* review by a District Court

Judge; (ii) the right to trial by jury in any proceeding so triable in this case or any case,

controversy or proceeding related to this case; (iii) the right to have the District Court withdraw

the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights,

claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or

otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly

reserved.

Dated:  August 21, 2015

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
*Proposed Attorneys for the Official*
*Committee of Unsecured Creditors of Saint*
*Michael's Medical Center, Inc., et al.*

By: /s/ Boris I. Mankovetskiy
     Andrew H. Sherman
     Boris I. Mankovetskiy
     Lucas F. Hammonds