| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**COLE SCHOTZ P.C.**<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota, Esq.<br>Gerald H. Gline, Esq.<br>Ryan T. Jareck, Esq.<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>*Proposed Attorneys for Saint Michael's*<br>*Medical Center, Inc., et al., Debtors-in-Possession* | Order Filed on August 21, 2015<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 15-24999 (VFP) |
| In re:<br><br>SAINT MICHAEL'S MEDICAL CENTER,<br>INC., *et al.*[1]<br><br>Debtors-in-Possession. | Judge: Vincent F. Papalia<br>Chapter 11<br>(Joint Administration Pending)<br><br>**Hearing Date and Time:**<br>  August 24  , 2015, at  2 : 30 p.m. |

**ORDER GRANTING MOTION TO SHORTEN NOTICE IN CONNECTION WITH
DEBTORS' MOTION FOR ENTRY OF AN ORDER STRIKING OBJECTION OF
BARNABAS HEALTH, INC. TO DEBTORS' BIDDING PROCEDURES**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED**.

**DATED: August 21, 2015**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: Saint Michael's Medical Center, Inc. (6046); Columbus Acquisition Corp. (6342); Saint James Care, Inc. (6230); and University Heights Property Company, Inc. (0162).

(Page 2)
Debtors: SAINT MICHAEL'S MEDICAL CENTER, INC., *et al.*
Case No. 15-24999 (VFP)
Caption of Order: ORDER GRANTING MOTION TO SHORTEN NOTICE IN CONNECTION WITH DEBTORS' MOTION FOR ENTRY OF AN ORDER STRIKING OBJECTION OF BARNABAS HEALTH, INC. TO DEBTORS' BIDDING PROCEDURES

---

THIS MATTER having been opened to the Court by Saint Michael's Medical Center, Inc., *et al.*, the within Chapter 11 debtors and debtors-in-possession (the "**Debtors**"), by and through their proposed counsel, Cole Schotz P.C., upon motion (the "**Motion to Shorten**") for entry of an Order pursuant to Rules 9006(c)(1), 9007 and 2002(m) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 9013(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"), shortening the notice period applicable to the motion (the "**Motion to Strike**")[2] for entry of an Order striking the objection [Docket No. 79] of Barnabas Health, Inc. for lack of standing; the Court having determined that the relief requested in the Motion to Shorten is appropriate; and it appearing that notice of the Motion to Shorten was sufficient under the circumstances; and upon the record herein; and after due diligence thereon; and good and sufficient cause appearing therefor,

**IT IS ORDERED** as follows:

1. The Motion to Shorten is GRANTED. The time period required by Local Rule 9013-1(c) for notice of a hearing on the Motion to Strike be and hereby is reduced as set forth herein.

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Strike.

(Page 3)
Debtors: SAINT MICHAEL'S MEDICAL CENTER, INC., *et al.*
Case No. 15-24999 (VFP)
Caption of Order: ORDER GRANTING MOTION TO SHORTEN NOTICE IN CONNECTION WITH DEBTORS' MOTION FOR ENTRY OF AN ORDER STRIKING OBJECTION OF BARNABAS HEALTH, INC. TO DEBTORS' BIDDING PROCEDURES

---

2. The Motion to Strike is hereby scheduled to be heard on   8/24/2015  , 2015 at 2:30 p.m. (ET) before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey 07102.

3. On the date hereof, true copies of this Order, the supporting Application and all pleadings submitted in support of the Motion to Strike shall be served via electronic transmission, telecopy, hand delivery or overnight mail to: (i) the Office of the United States Trustee (Attn: Fran Steele, Esq.), One Newark Center, Suite 2100, Newark, NJ 07102; (ii) counsel to the Official Committee of Unsecured Creditors (Attn: Andrew Sherman, Esq.), Sills, Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102, and (iii) counsel to Barnabas Health, Inc. (Attn: Kenneth A. Rosen, Esq.), Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020. Such notice shall be deemed good and sufficient notice under the applicable Federal and Local Rules of Bankruptcy Procedure.

4. Any objections to the relief requested in the Motion to Strike ~~shall: (i) be~~ shall if in writing, ~~(ii)~~ state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "**General Order**")

(Page 4)
Debtors:            SAINT MICHAEL'S MEDICAL CENTER, INC., *et al.*
Case No.            15-24999 (VFP)
Caption of Order:   ORDER GRANTING MOTION TO SHORTEN NOTICE IN CONNECTION WITH DEBTORS' MOTION FOR ENTRY OF AN ORDER STRIKING OBJECTION OF BARNABAS HEALTH, INC. TO DEBTORS' BIDDING PROCEDURES

---

and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "**Supplemental Commentary**") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary,* ~~so as to be received no later than _____, 2015, at __:__ _.m. (ET).~~ * Objections may also be asserted orally at the Hearing.

      5.    ~~Unless objections are timely filed, the Motion to Strike shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief requested may be granted without a hearing.~~

      6.    The Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.