Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15–24999–VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Saint Michael's Medical Center, Inc.
   111 Central Avenue
   Newark, NJ 07102

Social Security No.:

Employer's Tax I.D. No.:
   26–2616046

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:            November 12, 2015
Time:            10:00 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*121* – Order Pursuant to 11 U.S.C. §§363 AND 365 AND Fed.R.Bankr.p.2002, 6004 AND 6006:(Approving "Stalking Horse" Asset Purchase Agreement for the sale of Substantially all the Debtors' Assets; (2) Approving Bidding Procedures and Form, Manner and Sufficiency of Notice; (3) Scheduling (A) an Auction Sale and (B) a hearing to Consider Approving the Highest and Best Offer; (4) Authorizing the Debtors to Sell substantially all their Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (5) Authorizing the debtors to Assume and Assign certain Executory contracts and Unexpired Leases; AND (6) Granting other related relief (related document:17 Motion re: for an Order Pursuant to 11 U.S.C. Sections 363 and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006; (Attachments: # 1 Application in Support of Motion # 2 Exhibit A to Application # 3 Proposed Order with Exhibits) filed by Debtor Saint Michael's Medical Center, Inc.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/25/2015. (jf)

and transact such other business as may properly come before the meeting.

Dated: August 25, 2015
JJW: jf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 15-24999-VFP
Saint Michael's Medical Center, Inc                                            Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: jfilguei           Page 1 of 2              Date Rcvd: Aug 25, 2015
                              Form ID: 173             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2015.
```
db         +Saint Michael's Medical Center, Inc.,    111 Central Avenue,    Newark, NJ 07102-1909
aty        +Jacqueline Augustine,    New Jersey Attorney General,    25 Market Street,
             Trenton, NJ 08611-2148
aty        +Jeffrey Brown,    Garfunkel Wild, P.C.,    411 Hackensack Avenue,    5th Floor,
             Hackensack, NJ 07601-6328
aty        +Judy Thompson,    JD Thompson Law,    P.O. Box 33127,    Charlotte, NC 28233-3127
cr         +Cardinal Health,    Chiesa, Shahinian & Giantomasi,    One Boland Drive,    c/o Scott Zuber,
             West Orange, NJ 07052-3686
intp       +Committee for Interns and Residents - SEIU,    Shapiro Croland Reiser Apfel & Di Iorio,
             411 Hackensack Avenue,    Hackensack, NJ 07601-6328
cr         +District 1199J, National Union of Hospital & Healt,    c/o: Law Office of Mitchell J. Malzberg,
             PO Box 5122,    6 E Main Street, Suite 7,    Clinton, NJ 08809-2627
cr         +JNESO, District Council 1 IUOE-AFL-CIO,    c/o Riker Danzig,    One Speedwell Avenue,
             Morristown, NJ 07960-6838
cr          N.J. Department of Labor,    ATTN: Mary Lou Ireton,    P.O. Box 379,    Trenton, NJ  08625-0379
intp        New Jersey Department of Health,    P.O. Box 360,    Trenton, NJ  08625-0360
cr         +New Jersey Health Care Facilities Financing Author,    Att: Lawrence P. Maher, Esq.,
             Greenbaum, Rowe, Smith & Davis LLP,    PO Box 5600,    Woodbridge, NJ 07095-0988
na         +Prime Clerk, LLC,    830 Third Avenue,    9th Fl.,    New York, NY 10022-6561
cr         +Trinity Health System,    c/o Buchanan Ingersoll & Rooney PC,    700 Alexander Park,    Suite 300,
             Princeton, NJ 08540-6351
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bio-Medical Applications of New Jersey, Inc., an a
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2015                                      Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2015 at the address(es) listed below:
```
              Andrew H. Sherman    on behalf of Interested Party    Official Committee of Unsecured Creditors
               asherman@sillscummis.com
              Boris I Mankovetskiy     on behalf of Interested Party    Official Committee of Unsecured Creditors
               bmankovetskiy@sillscummis.com, asherman@sillscummis.com
              Fran B. Steele    on behalf of U.S. Trustee    United States Trustee Fran.B.Steele@usdoj.gov
              Gerald H. Gline    on behalf of Debtor    Saint Michael's Medical Center, Inc. ggline@coleschotz.com
              Heather Lynn Anderson     on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Jeffrey C. Wisler    on behalf of Creditor    Cigna HealthCare of New Jersey, Inc.
               jwisler@connollygallagher.com
              John P. Di Iorio    on behalf of Interested Party    Committee for Interns and Residents - SEIU
               jdiiorio@shapiro-croland.com
              Joseph L. Schwartz    on behalf of Creditor    JNESO, District Council 1 IUOE-AFL-CIO
               jschwartz@riker.com
              Kenneth A. Rosen    on behalf of Interested Party    Barnabas Health krosen@lowenstein.com
              Lawrence P. Maher    on behalf of Creditor    New Jersey Health Care Facilities Financing Authority
               lmaher@greenbaumlaw.com
              Marlene G. Brown    on behalf of Creditor    State Of New Jersey Division Of Taxation
               marlene.brown@dol.lps.state.nj.us
              Michael D. Sirota    on behalf of Debtor    Saint Michael's Medical Center, Inc.
               msirota@coleschotz.com
              Michael D. Sirota    on behalf of Debtor    Saint James Care, Inc. msirota@coleschotz.com
```

```
District/off: 0312-2          User: jfilguei             Page 2 of 2            Date Rcvd: Aug 25, 2015
                              Form ID: 173               Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Michael D. Sirota    on behalf of Plaintiff    Saint Michael's Medical Center, Inc., et al.
           msirota@coleschotz.com
          Michael D. Sirota    on behalf of Debtor    Columbus Acquisition Corp. msirota@coleschotz.com
          Michael D. Sirota    on behalf of Debtor    University Heights Property Company, Inc.
           msirota@coleschotz.com
          Mitchell Malzberg    on behalf of Creditor    District 1199J, National Union of Hospital & Health
           Care Employees, AFSCME and District 1199J NJ Benefit & Pension Funds mmalzberg@mjmalzberglaw.com,
           dlapham@mjmalzberglaw.com
          Mitchell D Cohen    on behalf of Creditor    Axis Capital, Inc. Mcohen@vedderprice.com,
           agelman@vedderprice.com;ecfnydocket@vedderprice.com;schen@vedderprice.com
          Nola R. Bencze    on behalf of Creditor    Trinity Health System nola.bencze@bipc.com,
           jessica.trout@bipc.com;heidi.smiegocki@bipc.com
          Paul V. Buonaguro    on behalf of Creditor    N.J. Department of Labor
           paul.buonaguro@dol.lps.state.nj.us
          Ryan T. Jareck    on behalf of Debtor    Saint Michael's Medical Center, Inc.
           rjareck@coleschotz.com, fpisano@coleschotz.com
          Scott Zuber    on behalf of Creditor    Cardinal Health szuber@csglaw.com, ecf@csglaw.com
          Thomas Pitta    on behalf of Creditor    The Bank of New York Mellon, as Trustee
           tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Warren J. Martin, Jr.    on behalf of Creditor    Resource Data Management, Inc.
           wjmartin@pbnlaw.com,
           mdlaskowski@pbnlaw.com;SDGuven@pbnlaw.com;mpdermatis@pbnlaw.com;raparisi@pbnlaw.com

                                                                                 TOTAL: 25