**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota, Esq.
Gerald H. Gline, Esq.
Ryan T. Jareck, Esq.
(201) 489-3000
(201) 489-1536 Facsimile
*Attorneys for Saint Michael's*
*Medical Center, Inc., et al.,*
*Debtors-in-Possession*

|  |  |
|---|---|
|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HONORABLE VINCENT F. PAPALIA CASE NO. 15-24999 (VFP) |
| In re: SAINT MICHAEL'S MEDICAL CENTER, INC., *et al.*,[2]  Debtors-in-Possession. | Chapter 11 (Jointly Administered) **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 6, 2015, AT 11:00 A.M. (ET)[1]** *GIVEN THE MATTER IS UNCONTESTED, NO APPEARANCES ARE REQUIRED* |

To:   All Parties Receiving Electronic Notification
       of Filing via the Court's CM/ECF System

---

[1] Parties wishing to participate by telephone can make the necessary arrangements through CourtCall by calling (866) 582-6878 no later than 24 hours prior to the hearing. *Please note that parties are not required to contact Chambers for permission to appear by telephone, all parties wishing to appear by telephone may call CourtCall directly without first contacting Chambers.*

[2] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: Saint Michael's Medical Center, Inc. (6046); Columbus Acquisition Corp. (6342); Saint James Care, Inc. (6230); and University Heights Property Company, Inc. (0162).

54020/0001-12328029v1

PLEASE TAKE NOTICE that the following matters are currently scheduled to be heard on October 6, 2015, at 11:00 a.m. (ET) before the Honorable Vincent F. Papalia:

**UNCONTESTED MATTERS**:

1. **Motion**: Motion for Entry of an Order Approving Amendment to Contracted Pharmacy Service Agreement with CCN America, LP and Use of Property of the Debtors' Estates Outside the Ordinary Course of Business Under 11 U.S.C. § 363(b)(1) [Docket No. 124].

    **Objection Deadline**: September 29, 2015.

    **Objection Filed**: None filed as of the date of this Agenda.

    **Status**: This matter is uncontested and no appearances are required.

DATED: October 2, 2015

Respectfully submitted,

COLE SCHOTZ P.C.
*Attorneys for Saint Michael's Medical Center, Inc., et al., Debtors-in-Possession*

By: */s/ Ryan T. Jareck*
   Michael D. Sirota
   Gerald H. Gline
   Ryan T. Jareck

2