# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: SMMC Liquidation, Inc., et al. | } | CASE NUMBER: 15-24999 Jointly Administered |
| | } | |
| | } | JUDGE Vincent F. Papalia |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD

**FROM** 10/1/2018 **TO** 12/31/2018

Comes now the Liquidating Supervisor, on behalf of the above-named debtor, and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 1/22/2019

_____
Bernard A Katz
Liquidating Trustee

Debtor's Address and Phone Number:
SMMC Liquidation Trust
c/o Bernard A Katz
Liquidating Trustee
626 South State Street
Newtown, PA 18940
Tel. 267 364 5295

Attorney's Address and Phone Number:
Sills Cummis & Gross P.C.
c/o Lucas Hammonds
Attorney for the Liquidating Trustee
One Riverfront Plaza
Newark, NJ 07102
Tel. 973 286 5534

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website: http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**QUARTERLY OPERATING REPORT - POST CONFIRMATION**    ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.*

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A | |
| 2. | Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.*

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

On April 17, 2017 the First Amended Joint Chapter 11 Plan of Orderly Liquidation of Saint Michael's Medical Center, Inc. and Affiliated Debtors (the "Plan") became effective. Following which, Bernard A. Katz was appointed Liquidating Trustee to execute the provisions of the Plan.

QUARTERLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Case Name:** SMMC Liquidation, Inc., et al.
**Case Number:** 15-24999 Jointly Administered
**Date of Plan Confirmation:** 1/12/17

All items must be answered. Any which do not apply should be answered "none" or "N/A".

Qtr 4 - 2018

| | | Quarterly | Filing to Date Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** [1] | $ 15,022,611 | $ 2,091,560 |
| 2. | **INCOME or RECEIPTS during the Period** | 62,280 | 271,147,971 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | (2,604) | (196,431) |
| (ii) | Federal Taxes | (3,693) | (27,964) |
| (iii) | State Taxes | (254) | (2,587) |
| (iv) | Other Taxes | - | - |
| b. | **All Other Operating Expenses:** | (295,469) | (250,593,271) |
| c. | **Plan Payments:** | | |
| (i) | Administrative/Priority Claims | - | (1,051,694) |
| (ii) | General Unsecured Claims | - | - |
| (iii) | Other - Secured | - | - |
| (iv) | Other - Settlement Payments | - | - |
| (v) | | - | - |
| (vi) | | - | - |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | **(302,019)** | **(251,871,946)** |
| | Adjusted for accounts transferred to Buyer at closing | | (6,584,713) |
| 4. | **CASH (End of Period)** | $ 14,782,872 | $ 14,782,872 |

NOTE [1]:
The beginning cash balance for the 4th quarter of 2018 was increased by a total amount of $1,752.91, resulting from the adjustments of two checks written in previous periods and remained outstanding as of 9/30/2018. They were voided during this reporting period.

QUARTERLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Reconciliation for 4th Quarter 2018

| Case Name: SMMC Liquidation, Inc., et al.<br>Case Number: 15-24999 Jointly Administered<br>**Bank Account Information** | **Account #1** | | | | |
|---|---|---|---|---|---|
| **Name of Bank:** | Bank of America | | | | |
| **Account Number:** | XXXX4484 | | | | |
| **Purpose of Account (Operating/Payroll/Tax)** | Liquidating Trust | | | | |
| **Type of Account (e.g. checking)** | Checking | | | | |
| | | | | | |
| 1. **Balance per Bank Statement** | $ 14,840,286 | | | | |
| 2. **ADD**: Deposits not credited | $ - | | | | |
| 3. **SUBTRACT**: Outstanding Checks | $ (57,415) | | | | |
| 4. Other Reconciling Items (bank error) | $ - | | | | |
| 5. Service Fees | | | | | |
| 6. **Month End Balance** (Must Agree with Books) | $ 14,782,872 | | | | |

**Note:** Attach copy of each bank statement and bank reconciliation.

| **Investment Account Information**<br>**Bank / Account Name / Number** | **Date of Purchase** | **Type of Instrument** | **Purchase Price** | **Purchase Price** | **Purchase Price** |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Note:** Attach copy of each investment account statement.

**QUARTERLY OPERATING REPORT - POST CONFIRMATION**  ATTACHMENT NO. 4

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

CASE NUMBER: 15-24999 Jointly Administered

| Name of Bank | Bank of America |
|---|---|
| Account Number | XXXX4484 |
| Purpose of Account (Operating/Payroll/Personal) | Liquidating Trust |
| Type of Account (e.g., Checking) | Checking |

**Disbursements from 10/1/2018 - 12/31/2018**

| Bank Account | Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|---|
| Checking XXXX4484 | AUTODEBIT | 10/15/2018 | Service Charge | Fees & Charges | $ 2,218.19 |
| Checking XXXX4484 | EFT | 10/31/2018 | IRS | Federal Taxes | 3,692.92 |
| Checking XXXX4484 | 1094 | 10/31/2018 | NJ Dept Of Labor | State Taxes | 103.90 |
| Checking XXXX4484 | 1095 | 10/31/2018 | NJ Gross Income Tax | State Taxes | 149.72 |
| Checking XXXX4484 | 1096 | 11/7/2018 | U.S. Trustee | U.S. Trustee Quarterly Fees | 1,950.00 |
| Checking XXXX4484 | AUTODEBIT | 11/15/2018 | Service Charge | Fees & Charges | 2,225.05 |
| Checking XXXX4484 | 1097 | 11/29/2018 | U.S. Trustee | U.S. Trustee Quarterly Fees | 653.89 |
| Checking XXXX4484 | AUTODEBIT | 12/17/2018 | Service Charge | Fees & Charges | 2,222.34 |
| Checking XXXX4484 | 1098 | 12/24/2018 | BAK Advisors, Inc. | Professional Fees - Trustee | 50,700.55 |
| Checking XXXX4484 | 1099 | 12/24/2018 | Sills Cummis | Professional Fees - Legal | 146,540.22 |
| Checking XXXX4484 | 1100 | 12/24/2018 | Prime Clerk | Professional Fees - Claim Agent | 5,941.98 |
| Checking XXXX4484 | 1101 | 12/24/2018 | Norris McLaughlin & Marcus | Professional Fees - Legal | 110.00 |
| Checking XXXX4484 | 1102 | 12/24/2018 | CohnReznick, LLP | Professional Fees - Financial Advisor | 84,560.32 |
| Checking XXXX4484 | 1103 | 12/24/2018 | CohnReznick, LLP | Professional Fees - Financial Advisor | 950.00 |
| | | | | **Total Disbursements** | **$ 302,019.08** |



Wealth Management Banking

 

P.O. Box 15284
Wilmington, DE 19850

AE    0  494 330 425 023987 #@01 AB 0.408

SMMC LIQUIDATION TRUST
ATTN MARIA ELENA VALLE
4 BECKER FARM ROAD 4TH FLOOR
ROSELAND, NJ       07068

**Client service information**

- 1.800.MERRILL (1.800.637.7455)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

## Your Analyzed Business Interest Checking

for October 1, 2018 to October 31, 2018

Account number:    4484

**SMMC LIQUIDATION TRUST    BERNARD A. KATZ, TRUSTEE**

### Account summary

| | |
|---|---|
| Beginning balance on October 1, 2018 | $15,023,404.77 |
| Deposits and other credits | 20,930.56 |
| Withdrawals and other debits | -3,692.92 |
| Checks | -132.24 |
| Service fees | -2,218.19 |
| Ending balance on October 31, 2018 | $15,038,291.98 |

# of deposits/credits: 2
# of withdrawals/debits: 3
# of days in cycle: 31
Average ledger balance: $15,026,349.29

Annual Percentage Yield Earned this statement period: 1.18%.
Interest Paid Year To Date: $89,677.22.

PULL: E  CYCLE: 56  SPEC: O  DELIVERY: P  TYPE: D  IMAGE: A  BC: PA



## Your checking account

 

SMMC LIQUIDATION TRUST | Account # 4484 | October 1, 2018 to October 31, 2018 | Copy

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/12/18 | Counter Credit | | 813004752710900 | 6,000.00 |
| 10/31/18 | Interest Earned | | | 14,930.56 |
| **Total deposits and other credits** | | | | **$20,930.56** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 10/31/18 | IRS      DES:USATAXPYMT ID:220870453288050 INDN:SMMC LIQUIDATION TR      CO ID:3387702000 CCD | | 902304012279495 | -3,692.92 |
| **Total withdrawals and other debits** | | | | **-$3,692.92** |

## Checks

| Date | Check # | Bank reference | Amount |
|---|---|---|---|
| 10/15 | 1088 | 813001352674288 | -132.24 |
| **Total checks** | | | **-$132.24** |
| **Total # of checks** | | | 1 |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 10/15/18 | 09/18 ACCT ANALYSIS FEE | -2,218.19 |
| **Total service fees** | | **-$2,218.19** |

Note your Ending Balance already reflects the subtraction of Service Fees.


 

Wealth Management Banking

P.O. Box 15284
Wilmington, DE 19850

SMMC LIQUIDATION TRUST
ATTN MARIA ELENA VALLE
4 BECKER FARM ROAD 4TH FLOOR
ROSELAND, NJ    07068

**Client service information**

- 1.800.MERRILL (1.800.637.7455)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

# Your Analyzed Business Interest Checking

for November 1, 2018 to November 30, 2018

Account number:    4484

**SMMC LIQUIDATION TRUST    BERNARD A. KATZ, TRUSTEE**

## Account summary

| | |
|---|---:|
| Beginning balance on November 1, 2018 | $15,038,291.98 |
| Deposits and other credits | 14,459.45 |
| Withdrawals and other debits | -0.00 |
| Checks | -2,203.62 |
| Service fees | -2,225.05 |
| **Ending balance on November 30, 2018** | **$15,048,322.76** |

# of deposits/credits: 1
# of withdrawals/debits: 4
# of days in cycle: 30
Average ledger balance: $15,036,702.77

Annual Percentage Yield Earned this statement period: 1.18%.
Interest Paid Year To Date: $104,136.67.

PULL: E   CYCLE: 56   SPEC: O   DELIVERY: P   TYPE: D   IMAGE: A   BC: PA

Page 1 of 4

# Your checking account

 Merrill Lynch | Bank of America

SMMC LIQUIDATION TRUST | Account # 4484 | November 1, 2018 to November 30, 2018 | Copy

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/30/18 | Interest Earned | 1852377280 | | 14,459.45 |

**Total deposits and other credits** $14,459.45

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|---|---|---|---|---|---|---|---|
| 11/08 | 1094 | 813009092481386 | -103.90 | 11/20 | 1096 | 813005792392483 | -1,950.00 |
| 11/13 | 1095 | 813009592404016 | -149.72 | | | | |

**Total checks** -$2,203.62
**Total # of checks** 3

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 11/15/18 | 10/18 ACCT ANALYSIS FEE | -2,225.05 |

**Total service fees** -$2,225.05

Note your Ending Balance already reflects the subtraction of Service Fees.

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/01 | 15,038,291.98 | 11/13 | 15,038,038.36 | 11/20 | 15,033,863.31 |
| 11/08 | 15,038,188.08 | 11/15 | 15,035,813.31 | 11/30 | 15,048,322.76 |

*Wealth Management Banking*

 

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📞 1.800.MERRILL (1.800.637.7455)

🖱 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SMMC LIQUIDATION TRUST
BERNARD A. KATZ, TRUSTEE
626 S STATE ST
NEWTOWN, PA  18940-1509

## Your Analyzed Business Interest Checking

for December 1, 2018 to December 31, 2018          Account number:          4484

**SMMC LIQUIDATION TRUST      BERNARD A. KATZ, TRUSTEE**

### Account summary

| | |
|---|---:|
| Beginning balance on December 1, 2018 | $15,048,322.76 |
| Deposits and other credits | 26,890.05 |
| Withdrawals and other debits | -0.00 |
| Checks | -232,704.43 |
| Service fees | -2,222.34 |
| **Ending balance on December 31, 2018** | **$14,840,286.04** |

# of deposits/credits: 3

# of withdrawals/debits: 5

# of days in cycle: 31

Average ledger balance: $15,019,908.18

*Annual Percentage Yield Earned this statement period: 1.65%.*
*Interest Paid Year To Date: $125,026.72.*

SMMC LIQUIDATION TRUST   |   Account #      4484   |   December 1, 2018 to December 31, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Merrill Lynch makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated, a registered broker-dealer and member SIPC, and other subsidiaries of Bank of America Corporation.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

© 2018 Bank of America Corporation





## Your checking account

SMMC LIQUIDATION TRUST  |  Account #  4484  |  December 1, 2018 to December 31, 2018

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 12/04/18 | Counter Credit | | 813003252241907 | 4,000.00 |
| 12/31/18 | Counter Credit | | 813004052559574 | 2,000.00 |
| 12/31/18 | Interest Earned | | | 20,890.05 |
| **Total deposits and other credits** | | | | **$26,890.05** |

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|---|---|---|---|---|---|---|---|
| 12/05 | 1097 | 813005592689100 | -653.89 | 12/31 | 1102* | 813004892300642 | -84,560.32 |
| 12/26 | 1099* | 813008292304485 | -146,540.22 | 12/31 | 1103 | 813004892300643 | -950.00 |
| | | | | **Total checks** | | | **-$232,704.43** |
| | | | | **Total # of checks** | | | **4** |

*There is a gap in sequential check numbers*

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 12/17/18 | 11/18 ACCT ANALYSIS FEE | -2,222.34 |
| **Total service fees** | | **-$2,222.34** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 12/01 | 15,048,322.76 | 12/05 | 15,051,668.87 | 12/26 | 14,902,906.31 |
| 12/04 | 15,052,322.76 | 12/17 | 15,049,446.53 | 12/31 | 14,840,286.04 |

## Interested party distribution list

At your request, copies of your statement have been mailed to the following addresses:

SMMC LIQUIDATION TRUST
ATTN MARIA ELENA VALLE
4 BECKER FARM ROAD 4TH FLOOR
ROSELAND, NJ            07068